**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **ROSLYN HAZLITT**, **JANE DOE**, by and through next friend **JOHN DOE**, **RICHARD ROBINSON**, and **YOLANDA BROWN**, on behalf of themselves and all other persons similarly situated, known and unknown,<br><br>            Plaintiffs,<br><br>     v.<br><br>**APPLE INC.**,<br><br>            Defendant. | Case No. 3:20-cv-00421-NJR |

## DEFENDANT APPLE INC.'S MOTION TO DISMISS

Defendant Apple Inc. ("Apple"), by and through its undersigned counsel and pursuant to Fed. R. Civ. P. 12(b), hereby moves to dismiss all counts of the Complaint. In support, Apple incorporates its supporting memorandum and the declaration of Eric Roberts filed herewith.

**Wherefore**, for the reasons stated in the memorandum, Apple respectfully requests that the Court grant this motion; dismiss the Complaint and each claim asserted therein with prejudice for failure to state a claim under Rule 12(b)(6) or, alternatively, dismiss Count II for lack of subject-matter jurisdiction under to Rule 12(b)(1); and grant such other relief as the Court deems just and appropriate.

2

| | |
|---|---|
| **Dated**: June 12, 2020 | **Respectfully Submitted**, |
| | Apple Inc. |
| | By:  /s/ *Raj Shah* |
| |     One of its attorneys |
| Isabelle L. Ord* | Raj N. Shah (ARDC # 06244821) |
| DLA Piper LLP (US) | Eric M. Roberts (ARDC # 6306839) |
| 555 Mission Street, Suite 2400 | DLA Piper LLP (US) |
| San Francisco, California 94105 | 444 West Lake Street, Suite 900 |
| isabelle.ord@dlapiper.com | Chicago, Illinois 60606 |
| | 312.368.4000 |
| Amanda Fitzsimmons* | raj.shah@dlapiper.com |
| DLA Piper LLP (US) | eric.roberts@dlapiper.com |
| 401 B. Street, Suite 1700 | |
| San Diego, California 92101 | |
| amanda.fitzsimmons@dlapiper.com | |

* admitted *pro hac vice*

2

## Certificate of Service

I hereby certify that on June 12, 2020, I electronically filed the foregoing *Motion to Dismiss* with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all counsel of record registered on the ECF system.

      /s/ *Raj Shah*
      Raj N. Shah