IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROSLYN HAZLITT, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> APPLE INC., <br><br> *Defendant*. | No. 3:20-cv-00421-NJR |

### DECLARATION OF ALEXANDER L. BRAITBERG

I, Alexander L. Braitberg, of lawful age, declare as follows:

1. I am an attorney at the law firm of Schlichter Bogard and Denton, which represents the Plaintiffs in the above-captioned case. If called as a witness, I could and would testify to the facts set forth herein based upon my own personal knowledge and my review of the records maintained by the firm in the regular course of representing the Plaintiffs in this case.

2. Attached as Exhibit A is a true and correct copy of Plaintiffs' First Set of Interrogatories to Defendant, served on January 21, 2021.

3. Attached as Exhibit B is a true and correct copy of Plaintiffs' First Set of Requests for Production of Documents Defendant, served on January 21, 2021.

4. Attached as Exhibit C is a true and correct copy of Defendant's Responses to Plaintiffs' Interrogatories. Filed under seal pursuant to the Protective Order in this matter. ECF No. 68.

5. Attached as Exhibit D is a true and correct copy of Defendant's Responses to Plaintiffs' Requests for Production.

6. Attached as Exhibit E is a true and correct copy of an email I sent to counsel for Defendant on February 10, 2021.

7. Attached as Exhibit F is a true and correct copy of a string of emails between the parties sent between January 21, 2021 and February 22, 2021.

8. Attached as Exhibit F is a true and correct copy of a string of emails between the parties sent between March 18, 2021 and April 14, 2021.

9. Defendant never responded to Plaintiffs' April 14, 2021 email in Exhibit F.

10. Attached as Exhibit G is a true and correct copy of a string of emails between the parties sent between March 18, 2021 and April 14, 2021.

11. Attached as Exhibit H is a true and correct copy of a string of emails between the parties sent between April 15, 2021 and May 6, 2021.

12. Plaintiffs sent correspondence to Defendant seeking cooperation in discovery, among other times, on March 17, 18, 19, 31, April 12, 14, 22, 29, and May 6, 2021.

13. Plaintiffs initiated a meet-and-confer process to address Defendant's discovery deficiencies, making extensive efforts to secure Defendant's cooperation in at least five separate conferences, which totaled approximately seven hours, on March 15, 18, 22, 29, and May 10, 2021.

14. Defendant provided its proposed list of custodians, orally, during a meet-and-confer on May 10, 2021, but has not provided this information in writing.

15. Defendant has not responded to Plaintiffs' multiple requests for information regarding the sources of data, including centrally stored files, that Defendant proposes to use in discovery.

16. During the May 10, 2021 meet and confer, counsel for Defendant stated that Defendant would evaluate Plaintiffs' search term proposal and provide a response. To date, Defendant has not done so.

17. Defendant has not, to date, responded to Plaintiffs' May 6, 2021 search term proposal.

18. Attached as Exhibit I is a true and correct copy of a letter sent to Defendant on April 22, 2021. Filed under seal pursuant to the Protective Order in this matter. ECF No. 68.

19. Attached as Exhibit J is a true and correct copy of a letter sent by Defendant on April 15, 2021. Filed under seal pursuant to the Protective Order in this matter. ECF No. 68.

20. Attached as Exhibit K is a true and correct copy of a letter sent by Defendant on May 4, 2021. Filed under seal pursuant to the Protective Order in this matter. ECF No. 68.

21. Defendant has, to date, refused to provide organizational charts, or other informal discovery that would facilitate negotiations regarding ESI custodians.

22. Defendant has, to date, refused to accept even a single one of Plaintiffs' proposed search terms.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge.

Executed this 5th day of August, 2021 in St. Louis, Missouri.

/s/ Alexander L. Braitberg