# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JANE DOE**, by and through next friend John Doe, **RICHARD ROBINSON**, and **YOLANDA BROWN**, on behalf of themselves and all other persons similarly situated, known and unknown,<br><br>Plaintiffs,<br><br>v.<br><br>**APPLE INC.**,<br><br>Defendant. | Case No. 3:20-cv-00421-NJR<br><br>Hon. Nancy J. Rosenstengel |

## APPLE INC.'S RULE 12(b)(6) MOTION TO DISMISS
## THE AMENDED CLASS ACTION COMPLAINT IN PART

Defendant Apple Inc. ("Apple"), by and through its undersigned counsel and pursuant to Fed. R. Civ. P. 12(b)(6), hereby moves for partial dismissal of Plaintiffs' Amended Class Action Complaint. In support, Apple incorporates its supporting memorandum and the declaration of Eric Roberts filed herewith.

**Wherefore**, for the reasons stated in the memorandum, Apple respectfully requests that the Court grant this motion; dismiss the claim added in the Amended Complaint arising from those allegations regarding the iCloud Photos Library, with prejudice, for failure to state a claim under Rule 12(b)(6); and grant such other relief as the court deems just and appropriate.

2

| | |
|---|---|
| **Dated**: January 14, 2022 | **Respectfully submitted**, |
| | Apple Inc. |
| | By:  /s/ *Raj Shah*  <br>        One of its attorneys |
| Raj N. Shah (ARDC # 06244821)<br>Eric M. Roberts (ARDC # 6306839)<br>DLA Piper LLP (US)<br>444 West Lake Street, Suite 900<br>Chicago, Illinois 60606<br>raj.shah@dlapiper.com<br>eric.roberts@dlapiper.com | Russell K. Scott (ARDC # 02533642)<br>Greensfelder Hemker & Gale PC<br>12 Wolf Creek Drive, Suite 100<br>Belleville, Illinois 62226<br>rks@greensfelder.com |
| Isabelle L. Ord*<br>DLA Piper LLP (US)<br>555 Mission Street, Suite 2400<br>San Francisco, California 94105<br>isabelle.ord@dlapiper.com | |

* admitted *pro hac vice*

## Certificate of Service

I hereby certify that on January 14, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all counsel of record registered on the ECF system.

                                                 /s/ *Raj Shah*  
                                                 Raj N. Shah