IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DOE,<br><br>                Plaintiff,<br><br>vs.<br><br>APPLE, INC.,<br><br>                Defendant. | Case No. 3:20-cv-00421 NJR<br>Deadline for Completion of 2/3/23<br>Mandatory Mediation Process:<br>February 2, 2023 |

## REPORT OF MANDATORY MEDIATION

A mediation session was held on February 2, 2023. The outcome of the Mandatory Mediation session is as follows:

☐ **CASE HAS SETTLED**.
    ☐ A stipulation of dismissal is being prepared and will be filed by Click or tap to enter a date..
    Or
    ☐ Additional time is needed to consummate the settlement, and the parties request that the Court enter a 60-day order.

☐ **MEDIATION WAS INCONCLUSIVE**. Another mediation session has been scheduled.

☐ **MEDIATION IS COMPLETE. CASE DID NOT SETTLE**. The case will proceed to trial pursuant to the Court's Scheduling Order.

☒ **OTHER. PLEASE EXPLAIN**.

> The case did not settle. The parties agree that settlement negotiations may resume when the case is in a different posture.

DATED: 2/6/2023.

                                        Donald G. Wilkerson
                                        Mediator