# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JANE DOE by and through next friend John Doe, RICHARD ROBINSON, and YOLANDA BROWN, on behalf of themselves and all other persons similarly situated, known and unknown, | No. 3:20-cv-00421-NJR |
| *Plaintiffs*, | Hon. Nancy J. Rosenstengel |
| v. | |
| APPLE INC., | |
| *Defendant*. | |

## MOTION TO WITHDRAW APPEARANCE

Plaintiffs, pursuant to Local Civil Rule 83.1(g), hereby move that Nathan H. Emmons be withdrawn as counsel for Plaintiffs in the above-referenced action as he has left the law firm of Schlichter Bogard & Denton, LLP. Plaintiffs will continue to be represented by Jerome J. Schlichter, Andrew D. Schlichter, Troy A. Doles, and Alexander L. Braitberg of the firm Schlichter Bogard & Denton, LLP, along with Christian Montroy of Montroy Law Offices, LLC.

April 28, 2023                                    Respectfully submitted,

/s/ Andrew D. Schlichter
Jerome J. Schlichter
Troy A. Doles
Andrew D. Schlichter
Alexander L. Braitberg
SCHLICHTER BOGARD & DENTON, LLP
100 South Fourth Street, Suite 1200
St. Louis, MO 63102
Telephone: (314) 621-6115
Fax: (314) 621-5934
jschlichter@uselaws.com
tdoles@uselaws.com
aschlichter@uselaws.com
abraitberg@uselaws.com

and

Christian G. Montroy
MONTROY LAW OFFICES, LLC
2416 North Center
P.O. Box 369
Maryville, IL 62062
Telephone: (618) 223-8200
Fax: (618) 223-8355
cmontroy@montroylaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2023 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the attorneys of record.

/s/ Andrew D. Schlichter