**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **JANE DOE**, by and through next friend **JOHN DOE**, **RICHARD ROBINSON**, **YOLANDA BROWN**, **JONATHAN LEBLOND**, **PATRICIA ORRIS**, **ALEXANDER ROMO**, **ANGELA STEVENS**, and **DENIS WIER** on behalf of themselves and all other persons similarly situated, known and unknown,<br><br>Plaintiffs,<br><br>v.<br><br>**APPLE INC.,**<br><br>Defendant. | Case No. 3:20-cv-00421-NJR |

**DEFENDANT APPLE INC.'S MOTION TO**
**EXCLUDE EXPERT OPINIONS OF DR. ARAM SINNREICH**

Purvi G. Patel (ARDC# 6287065)
Morrison & Foerster LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017
(213) 892-5200
ppatel@mofo.com

Katie Viggiani*
Morrison & Foerster LLP
250 West 55th Street
New York, New York 10019
(212) 468-8000
kviggiani@mofo.com

* appearing *pro hac vice*

Isabelle L. Ord*
DLA Piper LLP (US)
555 Mission Street, Suite 2400
San Francisco, California 94105
415.836.2500
isabelle.ord@dlapiper.com

Raj N. Shah (ARDC # 06244821)
Eric M. Roberts (ARDC # 6306839)
DLA Piper LLP (US)
444 West Lake Street, Suite 900
Chicago, Illinois 60606
312.368.4000
raj.shah@dlapiper.com
eric.roberts@dlapiper.com

*Attorneys for Apple Inc.*

Defendant Apple Inc., by and through its undersigned counsel and pursuant to Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579, 595 (1993), hereby moves to exclude the expert opinions of Plaintiffs' expert, Dr. Aram Sinnreich, who has, on behalf of Plaintiffs, issued "class certification" and "merits" opinions. Sinnreich's opinions fail to meet the standards of Rule 702 and *Daubert* because:

(1) he is not qualified to offer the opinions he presents on Apple's ability to identify putative class members or its business or technology;

(2) he employs no methodology, let alone a reliable one, to arrive at his conclusions; and

(3) his opinions are irrelevant and unhelpful to any class certification inquiry or the merits of this case.

**Wherefore,** for the reasons stated above and in Apple's concurrently-filed memorandum in support of its motion to exclude expert opinions of Dr. Aram Sinnreich, Apple respectfully requests that the Court grant this motion and exclude all of Sinnreich's expert opinions because they do not satisfy the standards of Rule 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579, 595 (1993).

Respectfully submitted,

Dated: July 26, 2024

APPLE INC.

By: */s/ Purvi G. Patel*

Purvi G. Patel (ARDC# 6287065)
Morrison & Foerster LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017
(213) 892-5200
ppatel@mofo.com

Katie Viggiani*
Morrison & Foerster LLP
250 West 55th Street
New York, New York 10019
(212) 468-8000

kviggiani@mofo.com

Raj N. Shah (ARDC # 06244821)
Eric M. Roberts (ARDC # 6306839)
DLA Piper LLP (US)
444 West Lake Street, Suite 900
Chicago, Illinois 60606
312.368.4000
raj.shah@dlapiper.com
eric.roberts@dlapiper.com

Isabelle L. Ord*
DLA Piper LLP (US)
555 Mission Street, Suite 2400
San Francisco, California 94105
415.836.2500
isabelle.ord@dlapiper.com

* appearing *pro hac vice*

**Certificate of Service**

I hereby certify that on July 26, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all counsel of record registered on the ECF system.

/s/ *Purvi G. Patel*
Purvi G. Patel