**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**JANE DOE**, by and through next friend **JOHN DOE**, **RICHARD ROBINSON**, **YOLANDA BROWN**, **JONATHAN LEBLOND**, **PATRICIA ORRIS**, **ANGELA STEVENS, JESSICA JACKSON, MELISSA OATMAN, JUSTIN REVELO**, and **TAYLOR VALL** on behalf of themselves and all other persons similarly situated, known and unknown,

Plaintiffs,

v.

**APPLE INC.**,

Defendant.

Case No. 3:20-cv-00421-NJR

# DEFENDANT APPLE INC.'S LOCAL RULE 56.1(a) STATEMENT OF MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT


Purvi G. Patel (ARDC# 6287065)
Emma Burgoon*
Morrison & Foerster LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017
(213) 892-5200
PPatel@mofo.com
EBurgoon@mofo.com

Katie Viggiani*
Tiffani B. Figueroa*
Morrison & Foerster LLP
250 West 55th Street
New York, New York 10019
(212) 468-8000
KViggiani@mofo.com
TFigueroa@mofo.com

* appearing *pro hac vice*

*Attorneys for Apple Inc.*

Pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 56.1, Defendant Apple Inc. respectfully submits the following statement of material facts as to which there is no genuine dispute and that entitle Apple to judgment as a matter of law.

## THE PEOPLE ALBUM FEATURE IN THE PHOTOS APP HELPS USERS ORGANIZE PHOTOS

1. The People album feature is a part of Apple's Photos app and helps organize photos and videos using on-device machine learning. (Patel Decl. Ex. 1 (Federighi Dep. 82:18-21, 129:2-130:12); Huff Decl. ¶ 3; Patel Decl. Ex. 2 (https://support.apple.com/guide/iphone/find-and-name-people-and-pets-iph9c7ee918c/18.0/ios/18.0 (last accessed September 29, 2025)).)

2. The People album technology tries to cluster photos of a person with other photos of the same person, in order to organize those photos into an album in the Photos app. (Patel Decl. Ex. 3 (Jones Report ¶ 73); Patel Decl. Ex. 4 (Keating Dep. 165:16-166:15); Patel Decl. Ex. 52 (Keating Dep. Ex. 20 at 2-4); Patel Decl. Ex. 5 (Jones Rebuttal ¶ 54); Huff Decl. ¶ 3; Patel Decl. Ex. 2 (https://support.apple.com/guide/iphone/find-and-name-people-and-pets-iph9c7ee918c/18.0/ios/18.0 (last accessed September 29, 2025)).)

3. The People album technology runs on photos stored in Apple's Photos app and does not run on photos stored in third-party apps. (Patel Decl. Ex. 6 (11/16/2023 Thomson Dep. 176:12-177:13); Patel Decl. Ex. 3 (Jones Report ¶ 98).)

4. Device users alone decide whether to label their People albums and, if so, what name or word to apply. (Patel Decl. Ex. 7 (Burnette Dep. 32:15-19); Patel Decl. Ex. 1 (Federighi Dep. 83:2-8); Patel Decl. Ex. 3 (Jones Report ¶ 80); Patel Decl. Ex. 8 (Circlaeys Dep. 92:8-16); Patel Decl. Ex. 9 (Doe ROG No. 16); Patel Decl. Ex. 10 (Robinson ROG No. 16).)

5. iCloud Photos is an optional feature that users may utilize to store their photos and

data, including certain data related to the People album feature, in iCloud and sync the photos and data across their devices. (Patel Decl. Ex. 1 (Federighi Dep. 49:24-50:3, 145:10–16); Patel Decl. Ex. 3 (Jones Report ¶ 84); Huff Decl. ¶ 4; Patel Decl. Ex. 11 (https://support.apple.com/guide/icloud/what-you-can-do-with-icloud-and-photos-mm8b32f3ae27/1.0/icloud/1.0 (last accessed September 29, 2025)); Patel Decl. Ex. 12 (9/19/2025 Sinnreich Dep. 115:4-116:5).)

**PLAINTIFFS HAVE HAD APPLE DEVICES AND CONTINUED USING THE PHOTOS APP EVEN AFTER FILING SUIT**

6. Plaintiff Jane Doe used an iPad Air 2 from approximately 2015 to 2018, and a different iPad Air 2 beginning approximately in 2018. (Patel Decl. Ex. 9 (Doe ROG No. 2).)

7. Doe has used the iPad Air 2s to take photos, including photos of herself, and is believed to have used the iPad Air 2 that she began using in approximately 2018 to add filters to photos. (Patel Decl. Ex. 13 (Doe Dep. 172:20-173:11, 197:8-16).)

8. Plaintiff Richard Robinson has used an iPhone 12 Pro Max since approximately November 21, 2020, an iPhone XR from approximately November 29, 2018 to November 21, 2020, an iPhone 7 Plus from approximately September 24, 2018 to November 29, 2018, and an iPhone 6 from approximately October 3, 2014 to September 24, 2016. (Patel Decl. Ex. 10 (Robinson ROG No. 2).)

9. Robinson has used his iPhone 12 Pro Max and iPhone14 Pro Max to take photos of family, friends, and life events. (Patel Decl. Ex. 10 (Robinson ROG No. 14); Patel Decl. Ex. 14 (Robinson Dep. 54:17-18, 60:10-61:13, 66:14-68:3).)

10. Plaintiff Yolanda Brown has used an iPhone 12 since approximately January 29, 2021, an iPhone 10 from approximately November 2020 to January 29, 2021, an iPhone 8 from approximately early 2018 to November 2020, and an iPhone 6 Plus from approximately 2012

to early 2018. (Patel Decl. Ex. 15 (Brown ROG No. 2).)

11. Brown has used her iPhones to take photos. (Patel Decl. Ex. 15 (Brown ROG No. 14); Patel Decl. Ex. 16 (Brown Dep. 89:21-90:14).)

12. Plaintiff Jonathan LeBlond has used an iPhone 15 Pro Max since approximately October 2023, previously used an iPhone 13 Pro Max, and has used an iPad Pro 3rd generation since approximately June 2021. (Patel Decl. Ex. 17 (LeBlond ROG No. 2).)

13. Before his iPhone 13 Pro Max and his iPad Pro 3rd generation, LeBlond used at least five prior iPhone models and three prior iPad models. (Patel Decl. Ex. 18 (LeBlond Supp. ROG No. 2).)

14. LeBlond has used his iPhones and iPads to take photos, including for his business. (Patel Decl. Ex. 19 (LeBlond Dep. 44:7-11, 46:9-14, 52:18-24, 100:22-24).)

15. Plaintiff Patricia Orris began using an iPhone 14 Mini and an iPad 9th generation around June 2022. (Patel Decl. Ex. 20 (Orris ROG No. 2).)

16. Orris previously used at least two prior iPhone models and at least two prior iPad models. (Patel Decl. Ex. 21 (Orris Supp. ROG No. 1).)

17. Orris has used and uses her iPhones and iPads to take photos and play games. (Patel Decl. Ex. 22 (Orris Dep. 49:17-53:22).)

18. Beginning in approximately September 2022, Plaintiff Angela Stevens began using an iPhone 14 Pro Max, she has also had an iPhone 11, and at the time of her deposition had an iPhone 13. (Patel Decl. Ex. 23 (Stevens ROG No. 2); Patel Decl. Ex. 24 (Stevens Dep. 7:17-8:8).)

19. Stevens used her iPhone 14 Pro Max to take pictures. (Patel Decl. Ex. 24 (Stevens Dep. 52:25-53:14).)

20. Plaintiff Taylor Vall purchased an iPhone 14 Pro Max on October 19, 2022, and previously had prior models of the iPhone. (Patel Decl. Ex. 26 (Vall Supp. ROG No. 2); Patel Decl. Ex. 27 (Vall Dep.58:4-20, 59:9-21).)

21. Vall used her iPhone 14 Pro Max to take pictures. (Patel Decl. Ex. 27 (Vall Dep. 66:2-5).)

22. Beginning in approximately November 2021, Plaintiff Jessica Jackson has had an iPhone 13 Pro and previously had an iPhone 6. (Patel Decl. Ex. 29 (Jackson Supp. ROG No. 2).)

23. Jackson used her iPhone 13 Pro to take photos. (Patel Decl. Ex. 30 (Jackson Dep. 29:22-30:13, 60:11-12).)

24. Plaintiff Melissa Oatman has used an iPhone 13 Pro Max and previously used prior iPhone models. (Patel Decl. Ex. 31 (Oatman ROG No. 2).)

25. Oatman has used her iPhones to take photos. (Patel Decl. Ex. 32 (Oatman Dep. 47:2-3).)

26. Plaintiff Justin Revelo has used an iPhone XR, 13" MacBook Air, and an iPad. (Patel Decl., Ex. 33 (Revelo ROG No. 2).)

27. Revelo has used his iPhone XR to take photos. (Patel Decl. Ex. 34 (Revelo Dep. 66:12-19, 134:17-22).)

28. Plaintiffs used the Photos app and had People albums on their Apple devices. (Patel Decl. Ex. 13 (Doe Dep. 190:22-192:3); Patel Decl. Ex. 9 (Doe ROG Nos. 15-16); Patel Decl. Ex. 16 (Brown Dep. 39:5-10); Patel Decl. Ex. 15 (Brown ROG Nos. 15-16); Patel Decl. Ex. 14 (Robinson Dep. 107:25-108:13); Patel Decl. Ex. 10 (Robinson ROG Nos. 15-16); Patel Decl. Ex. 22 (Orris Dep. 52:8-11); Patel Decl. Ex. 20 (Orris ROG No. 4); Patel Decl. Ex. 19

(LeBlond Dep. 44:7-8, 96:23-97:8); Patel Decl. Ex. 17 (LeBlond ROG No. 4); Patel Decl. Ex. 24 (Stevens Dep. 156:14-18); Patel Decl. Ex. 23 (Stevens ROG No. 4); Patel Decl. Ex. 31 (Oatman ROG No. 5); Patel Decl. Ex. 32 (Oatman Dep. 47:2-3); Patel Decl. Ex. 30 (Jackson Dep. 60:11-12); Patel Decl. Ex. 28 (Jackson ROG No. 5); Patel Decl. Ex. 34 (Revelo Dep. 64:19-23, 66:12-19); Patel Decl. Ex. 33 (Revelo ROG No. 5); Patel Decl. Ex. 27 (Vall Dep. 66:2-5); Patel Decl. Ex. 26 (Vall Supp. ROG No. 5).)

29. Plaintiffs continued to use the Photos app after they sued Apple, despite alleging that their photos have been and could be clustered into People albums. (Patel Decl. Ex. 13 (Doe Dep. 276:4-19); Patel Decl. Ex. 16 (Brown Dep. 90:5-23); Patel Decl. Ex. 14 (Robinson Dep. 184:12-14); Patel Decl. Ex. 22 (Orris Dep. 102:15-23); Patel Decl. Ex. 19 (LeBlond Dep. 100:19-24); Patel Decl. Ex. 24 (Stevens Dep. 156:14-18); Patel Decl. Ex. 30 (Jackson Dep. 134:24-135:17, 136:21-137:3); Patel Decl. Ex. 32 (Oatman Dep. 75:4-12); Patel Decl. Ex. 34 (Revelo Dep. 66:12-16, 111:13-112:11, 142:13-15); Patel Decl. Ex. 27 (Vall Dep. 107:11-15, 132:23-133:4); ECF 252-1 (4AC) ¶¶ 73, 76, 203-13.)

30. At the time of their depositions, Doe, LeBlond, Robinson, and Vall, still had People albums of themselves labeled with their first names. (Patel Decl. Ex. 13 (Doe Dep. 228:14-229:6); Patel Decl. Ex. 19 (LeBlond Dep. 115:5-25); Patel Decl. Ex. 14 (Robinson Dep. 114:24-115:21); Patel Decl. Ex. 27 (Vall Dep. 80:24-81:20).)

31. Between April 2, 2024 and April 26, 2024, LeBlond added his first name to a People album on a device he believed had iCloud Photos enabled. (Patel Decl. Ex. 19 (LeBlond Dep. 55:17–20, 107:12–25, 118:21-24).)

32. Brown, Doe, LeBlond, Orris, and Stevens testified that they joined this lawsuit after seeing advertisements regarding the litigation on Facebook. (Patel Decl. Ex. 16 (Brown Dep.

157:5-14); Patel Decl. Ex. 13 (Doe Dep. 148:13-20); Patel Decl. Ex. 17 (LeBlond ROG No. 24); Patel Decl. Ex. 20 (Orris ROG No. 24); Patel Decl. Ex. 23 (Stevens ROG No. 24).)

33. Jackson, Oatman, Revelo, and Vall learned of the lawsuit through an email listserv, website, or email inviting them to connect with lawyers. (Patel Decl. Ex. 30 (Jackson Dep. 37:20-38:11); Patel Decl. Ex. 32 (Oatman Dep. 26:1-27:9); Patel Decl. Ex. 34 (Revelo Dep. 43:18-45:8); Patel Decl. Ex. 27 (Vall Dep. 38:3-23).)

34. Robinson had iCloud Photos enabled on his iPhone 12 Pro Max when names were applied to his People album. (Patel Decl. Ex. 14 (Robinson Dep. 107:25-108:7, 112:11-18, 113:8-115:21).)

35. Robinson disabled iCloud Photos "somewhere around" March 2020, after the initial Complaint was filed. (Patel Decl. Ex. 14 (Robinson Dep. 181:17-182:10); ECF No. 1-1 (original Complaint filed March 12, 2020).)

36. Oatman, Jackson, Revelo, and Vall each have an iPhone with iOS 17.6 or a newer operating system. (Patel Decl. Ex. 31 (Oatman ROG Nos. 2-3); Patel Decl. Ex. 28 (Jackson ROG Nos. 2-3); Patel Decl. Ex. 33 (Revelo ROG Nos. 2-3); Patel Decl. Ex. 25 (Vall ROG Nos. 2-3).)

37. To the best of their recollection, Oatman, Jackson, Revelo, and Vall each have always had iCloud Photos enabled, though Jackson temporarily disabled it when she upgraded her phone. (Patel Decl. Ex. 31 (Oatman ROG Nos. 17-18); Patel Decl. Ex. 28 (Jackson ROG Nos. 17-18); Patel Decl. Ex. 33 (Revelo ROG Nos. 17-18); Patel Decl. Ex. 25 (Vall ROG Nos. 17-18).)

38. Oatman, Jackson, Revelo, and Vall have each had at least 5,000 pictures saved to iCloud since March 25, 2025. (ECF No. 241-2 (Oatman Decl.) ¶ 8; ECF No. 241-1 (Jackson

Decl.) ¶ 8; ECF No. 241-3 (Revelo Decl.) ¶ 8; ECF No. 241-4 (Vall Decl.) ¶ 8).)

**THE PEOPLE ALBUM FEATURE USES ON-DEVICE TECHNOLOGY**

39. As part of the Photos app, the software for the People album technology comes pre-loaded on iPhones, iPads, and Macs. (Patel Decl. Ex. 6 (11/16/2023 Thomson Dep. 42:1-6, 54:14-55:9).)

40. The People album technology uses [redacted] to organize photos and videos within the Photos app through a series of steps. (Patel Decl. Ex. 3 (Jones Report ¶¶ 73-81); Patel Decl. Ex. 6 (11/16/2023 Thomson Dep. 50:3-21); Thomson Decl. Ex. A (APL-HZLT-SC_000103, APL-HZLT-SC_000288, APL-HZLT-SC_000211, APL-HZLT-SC_000212-0221, APL-HZLT-SC_000258-0259, APL-HZLT-SC_000302, APL-HZLT-SC_000264-0265, APL-HZLT-SC_000150-0157, APL-HZLT-SC_000230-0232, APL-HZLT-SC_000473-0476, APL-HZLT-SC_000338-0344, APL-HZLT-SC_000101-0104).)

***Step One: Face Crop***

41. The People album technology begins the clustering process by [redacted] (Patel Decl. Ex. 3 (Jones Report ¶¶ 45, 75); Patel Decl. Ex. 52 (Keating Dep. Ex. 20 at 2-3).)

42. [redacted] (Patel Decl. Ex. 3 (Jones Report ¶¶ 49, 75, 79, 112); Patel Decl. Ex. 52 (Keating Dep. Ex. 20 at 2-3); Thomson Decl. Ex. A (APL-HZLT-SC_000103, APL-HZLT-SC_000288, APL-HZLT-SC_000211, APL-HZLT-SC_000212-0221, APL-HZLT-SC_000258-0259, APL-HZLT-SC_000302, APL-HZLT-SC_000264-0265).)

43. [redacted] (Patel Decl. Ex. 5 (Jones Rebuttal ¶¶ 40-42); Thomson Decl. Ex. A (APL-HZLT-SC_000485-0490; APL-HZLT-SC_000290-0293).)

44. [redacted] (Patel Decl. Ex. 3 (Jones Report ¶¶ 75, 76); Patel Decl. Ex. 52 (Keating Dep. Ex. 20 at 2-3); Patel Decl. Ex. 5 (Jones Rebuttal ¶ 41).)

45. [redacted] the People album technology does not create a three-dimensional representation of the face. (Patel Decl. Ex. 3 (Jones Report ¶ 112); Patel Decl. Ex. 8 (Circlaeys Dep. 30:8-31:6, 39:7-40:13, 42:6-14, 44:23-45:14); Patel Decl. Ex. 4 (Keating Dep. 70:3-16); Patel Decl. Ex. 6 (11/16/2023 Thomson Dep. 137:11-18, 167:13-22).)

46. [redacted] the People album technology does not map the coordinates of the face for purposes of identification. (Patel Decl. Ex. 3 (Jones Report ¶ 112); Patel Decl. Ex. 8 (Circlaeys Dep. 30:8-31:6, 39:7-40:13, 42:6-14, 44:23-45:14); Patel Decl. Ex. 4 (Keating Dep. 70:3-16); Patel Decl. Ex. 6 (11/16/2023 Thomson Dep. 137:11-18, 167:13-22).)

47. [redacted] (Patel Decl. Ex. 5 (Jones Rebuttal ¶¶ 40-42).)

***Step Two:*** [redacted]

48. [redacted]

(Patel Decl. Ex. 3 (Jones Report ¶ 75); Thomson Decl. Ex. A (APL-HZLT-SC_000150-0157, APL-HZLT-SC_000230-0232, APL-HZLT-SC_000473-0476, APLHZLT-SC_000338-0344); Patel Decl. Ex. 52 (Keating Dep. Ex. 20 at 3).)

49. [redacted] (Patel Decl. Ex. 3 (Jones Report ¶¶ 51-52, 75-77); Patel Decl. Ex. 5 (Jones Rebuttal ¶¶ 21-22); Thomson Decl. Ex. A (APL-HZLT-SC_000150-0157, APL-HZLT-SC_000230-0232, APL-HZLT-SC_000473-0476, APL-HZLT-SC_000338-0344); Patel Decl. Ex. 35 (Dunn Dep. 22:9-12).)

50. [redacted] (Patel Decl. Ex. 3 (Jones Report ¶ 76).)

51. [redacted] (Patel Decl. Ex. 3 (Jones Report ¶¶ 51-52, 75-78); Patel Decl. Ex. 5 (Jones Rebuttal ¶¶ 21-22, 25); Thomson Decl. Ex. A ((APL-HZLT-SC_000150-0157, APL-HZLT-SC_000230-0232, APL-HZLT-SC_000473-0476, APL-HZLT-SC_000338-0344).)

52. [redacted] (Patel Decl. Ex. 3 (Jones Report ¶¶ 75, 78); Thomson Decl. Ex. A (APL-HZLT-SC_000150-0157, APL-HZLT-SC_000230-0232, APL-HZLT-SC_000473-0476, APL-HZLT-SC_000338-0344); Patel Decl. Ex. 35 (Dunn Dep. 77:21-78:1).)

53. [redacted]

[redacted] (Patel Decl. Ex. 3 (Jones Report ¶¶ 75, 79, 112, 132); Patel Decl. Ex. 8 (Circlaeys Dep. 30:8-31:6, 39:7-40:13, 42:60-14, 44:23-45); Patel Decl. Ex. 4 (Keating Dep. 70:3-16); Patel Decl. Ex. 6 (11/16/2023 Thomson Dep. 137:11-18, 167:13-22).)

54. [redacted] does not represent measurements of a person's face, [redacted] do not correspond to specific visible facial features or measurements. (Patel Decl. Ex. 3 (Jones Report ¶¶ 51, 75-78, 112, 128-133); Patel Decl. Ex. 52 (Keating Dep. Ex. 20 at 3-5); Patel Decl. Ex. 8 (Circlaeys Dep. 30:8-31:6, 39:7-40:13, 42:3-18, 44:23-47:2); Patel Decl. Ex. 4 (Keating Dep. 70:3-16); Patel Decl. Ex. 6 (11/16/2023 Thomson Dep. 137:11-18, 167:13-22); Patel Decl. Ex. 5 (Jones Rebuttal ¶¶ 22-23).)

55. [redacted] is not an image of a face, and it cannot be used to recreate a face image. (Patel Decl. Ex. 3 (Jones Report ¶ 134); Patel Decl. Ex. 5 (Jones Rebuttal ¶ 65).)

56. [redacted] (Patel Decl. Ex. 3 (Jones Report ¶¶ 73, 75).)

57. [redacted] and is not face geometry. (Patel Decl. Ex. 3 (Jones Report ¶¶ 73, 75, 78, 112); Patel Decl. Ex. 5 (Jones Rebuttal ¶¶ 25, 28).)

***Step Three:*** [redacted]

58. [redacted] (Patel Decl. Ex. 3 (Jones Report ¶ 75); Patel Decl. Ex. 5 (Jones Rebuttal ¶ 50, n.38).)

59. [redacted] (Patel Decl. Ex. 3 (Jones Report ¶¶ 66, 75); Thomson Decl. Ex. A (APL-HZLT-SC_000101-0104).)

60. [redacted]

[redacted] (Patel Decl. Ex. 5 (Jones Rebuttal ¶ 64) Thomson Decl. Ex. A (APL-HZLT-SC_000101-0104); Patel Decl. Ex. 4 (Keating Dep. 50:8-18).)

61. [redacted] (Patel Decl. Ex. 5 (Jones Rebuttal ¶ 30); Patel Decl. Ex. 36 (Sharma Dep. 136:8-137:1).)

62. [redacted] (Patel Decl. Ex. 3 (Jones Report ¶¶ 64, 66); Thomson Decl. Ex. A (APL-HZLT-SC_000101-0104).)

63. [redacted] is not based on and does not use geometric measurements. (Patel Decl. Ex. 3 (Jones Report ¶¶ 45-48, 51-52, 75-77, 112, 132-33); Patel Decl. Ex. 5 (Jones Rebuttal ¶ 9(d)).)

64. [redacted] (Patel Decl. Ex. 5 (Jones Rebuttal ¶ 49); Patel Decl. Ex. 3 (Jones Report ¶¶ 79-80); Patel Decl. Ex. 36 (Sharma Dep. 80:3-83:17).)

65. [redacted] does not scan or compare face geometries. (Patel Decl. Ex. 5 (Jones Rebuttal ¶ 12); Patel Decl. Ex. 3 (Jones Report ¶¶ 75, 78-80); Thomson Decl. Ex. A (APL-HZLT-SC_000101-104); Patel Decl. Ex. 35 (Dunn Dep. 35:6-11).)

66. In the field of biometrics, face geometry concerns a three-dimensional representation of the facial structure. (Patel Decl. Ex. 5 (Jones Rebuttal ¶ 19).)

67. In the field of biometrics, a scan of face geometry involves a scanning process. (Patel Decl. Ex. 5 (Jones Rebuttal ¶ 29).)

68. Neither the clustering algorithm nor Apple knows the identity of the people in the

photos or clustered albums. (Patel Decl. Ex. 3 (Jones Report ¶¶ 79-80); Patel Decl. Ex. 8 (Circlaeys Dep. 90:22-92:16, 94:16-98:6); Patel Decl. Ex. 35 (Dunn Dep. 32:16-23).) The on-device clustering process looks like this:




(Patel Decl. Ex. 52 (Keating Dep. Ex. 20 at 3).)

***User-Controlled Labeling of the Clustered Albums***

69. Users may decide to assign a label to their People albums. (Patel Decl. Ex. 3 (Jones Report ¶ 70); Huff Decl. ¶ 3; Patel Decl. Ex. 2 (iOS 18 user guide ("Name a person or pet in the People & Pets collection")).)

70. Doe, LeBlond, Robinson, and Vall each have at least one People album labeled with their own respective first names. (Patel Decl. Ex. 9 (Doe ROG No. 16); Patel Decl. Ex. 13 (Doe Dep. 206:13-207:5, 237:2-14); Patel Decl. Ex. 18 (LeBlond Supp. ROG No. 4); Patel Decl. Ex. 10 (Robinson ROG No. 16); Patel Decl. Ex. 14 (Robinson Dep. 114:24-115:21); Patel Decl. Ex. 25 (Vall ROG No. 16); Patel Decl. Ex. 27 (Vall Dep. 80:24-81:20).)

71. Others who choose not to label their albums at all (like Brown, Orris, Stevens, Oatman, Jackson, and Revelo) have People albums that depict only a cover photo (a face crop).

(Patel Decl. Ex. 16 (Brown Dep. 86:15-16); Patel Decl. Ex. 30 (Jackson Dep. 108:11-17); Patel Decl. Ex. 32 (Oatman Dep. 79:9-22, 82:2-4, 110:19-23); Patel Decl. Ex. 22 (Orris Dep. 134:13-23); Patel Decl. Ex. 34 (Revelo Dep. 87:12-15); Patel Decl. Ex. 24 (Stevens Dep. 135:14-23).)

72. The following is a screenshot of Robinson's People albums (ECF No. 252-1 (4AC) ¶ 205):




73. The following is a screenshot of Revelo's People & Pets albums (Patel Decl. at Ex. 37 (APL_PLTF_0020160)):

[redacted]

**APPLE CANNOT ACCESS ON-DEVICE PEOPLE ALBUM DATA**

74. Apple cannot access any part of the on-device clustering process or [redacted] (Patel Decl. Ex. 3 (Jones Report ¶¶ 35, 83); Patel Decl. Ex. 1 (Federighi Dep. 46:21-47:9, 48:14-18).)

75. Apple uses on-device protection to encrypt user data that is on the device, including data stored in the Photos app. (Patel Decl. Ex. 38 (Brasher Report ¶¶ 58-61); Patel Decl. Ex. 39 (Neuenschwander Dep. 86:5-91:10).)

76. Encryption is a technology that . . . disguise[s] the content" to "protect and secure information" and, when encrypted, data "appears to the computer as completely random binary data." (Patel Decl. Ex. 38 (Brasher Report ¶ 30.)

77. People album data, including [redacted] and People album labels, that is stored on a user's device is protected through encryption technology. (Patel Decl. Ex. 38 (Brasher Report ¶¶ 60-61); Huff Decl. ¶ 5; Patel Decl. Ex. 40 (Apple Platform Security Guide) at 104-06, 136).)

78. Only the user's device, not Apple, can decrypt the on-device data stored by the Photos app. (Patel Decl. Ex. 38 (Brasher Report ¶¶ 60-61); Huff Decl. ¶ 5; Patel Decl. Ex. 40 (Apple Platform Security Guide) at 104-06, 136).)

79. This encryption technology provides security against outside attack. (Patel Decl. Ex. 38 (Brasher Report ¶ 61).)

80. Apple implemented on-device processing for the Photos app, including the People album feature, to enhance users' privacy. (Huff Decl. ¶ 6; Patel Decl. Ex. 41 (Photos Brief at 3-5, 9, 20-21); Patel Decl. Ex. 1 (Federighi Dep. 46:9-47:12, 129:2-130:12).)

**USERS CONTROL THEIR PHOTOS AND MAY CHOOSE TO STORE PHOTOS IN AND SYNC PHOTOS THROUGH iCLOUD PHOTOS**

81. Users alone control whether to take photos. (Patel Decl. Ex. 3 (Jones Report ¶ 92); Patel Decl. Ex. 12 (Sinnreich Dep. 117:1-8); Patel Decl. Ex. 7 (Burnette Dep. 201:1-20).)

82. Users alone control whether to delete photos. (Patel Decl. Ex. 3 (Jones Report ¶ 93); Patel Decl. Ex. 42 (Zuliani Dep. 293:19-23); Patel Decl. Ex. 12 (Sinnreich Dep. 117:1-8); Patel Decl. Ex. 7 (Burnette Dep. 201:21-202-9).)

83. Users decide whether to enable or disable iCloud Photos by choosing whether to toggle iCloud Photos on or off within the Photos tab of the Settings section of their devices. (Patel Decl. Ex. 3 (Jones Report ¶¶ 72, 91, 101); Patel Decl. Ex. 6 (11/16/2023 Thomson Dep. 47:18-48:2); Patel Decl. Ex. 43 (4/18/2025 Thomson Dep. 486:2-9); Patel Decl. Ex. 42 (Zuliani Dep. 293:8-9); Patel Decl. Ex. 12 (Sinnreich Dep. 116:23-117:8).)

84. When iCloud Photos is enabled, photos-related data that is sent to [redacted] (Patel Decl. Ex. 3 (Jones Report ¶ 84).)

85. The iCloud Terms and Conditions provides that users "not Apple, are solely

responsible for any Content [they] upload, download, post, email, transmit, store or otherwise make available through [the user's] use of the [iCloud] Service," which includes iCloud Photos. (Huff Decl. ¶ 7; Patel Decl. Ex. 45, §§ II.A.1 (discussing iCloud Photos under "Features and Services"), V.A), Apple, *Welcome to iCloud* (Terms and Conditions), https://www.apple.com/legal/internet-services/icloud/en/terms.html (last accessed September 29, 2025) (referring to a user's photos as their "personal content," for which Apple provides iCloud services).)

86. If a user has iCloud Photos enabled, they can disable it at any time. (Patel Decl. Ex. 3 (Jones Report ¶¶ 72, 84, 91); Patel Decl. Ex. 6 (11/16/2023 Thomson Dep. 176:3-10).)

87. Since December 2022, Apple has provided users with two levels of data protection for iCloud: Standard Data Protection and Advanced Data Protection. (Huff Decl. ¶ 9; Patel Decl. Ex. 46 (https://www.apple.com/newsroom/2022/12/apple-advances-user-security-with-powerful-new-data-protections/ (last accessed Sept. 29, 2025)); Patel Decl. Ex. 38 (Brasher Report ¶¶ 42, 64).)

88. Standard Data Protection is the default setting for a user's data that is synced to iCloud. (Patel Decl. Ex. 38 (Brasher Report ¶ 64); (Huff Decl. ¶ 5; Patel Decl. Ex. 40 (Platform Security Guide) at 151.)

89. Under Standard Data Protection, a user's iCloud data is encrypted when in transit between a user's devices and iCloud servers and encrypted on iCloud servers when the data is stored in iCloud. (Patel Decl. Ex. 38 (Brasher Report ¶ 64); (Huff Decl. ¶ 5; Patel Decl. Ex. 40 (Platform Security Guide) at 151).)

90. Under Standard Data Protection, except for certain iCloud data that is end-to-end encrypted and accessible only to the user, Apple maintains an encryption key in Apple's data

centers to assist users with data and account recovery. (Patel Decl. Ex. 38 (Brasher Report ¶¶ 26, 66-69); Huff Decl. ¶ 5; Patel Decl. Ex. 40 (Platform Security Guide) at 151); Patel Decl. Ex. 3 (Jones Report ¶ 86); Patel Decl. Ex. 1 (Federighi Dep. 148:12-23).)

91. [redacted] (Patel Decl. Ex. 3 (Jones Report ¶ 88); Huff Decl. ¶ 5; Patel Decl. Ex. 40 (Platform Security Guide) at 151); Patel Decl. Ex. 38 (Brasher Report ¶¶ 26, 69); Huff Decl. ¶ 10; Patel Decl. Ex. 47 (Law Enforcement Guidelines) at 12-13.)

92. Data that is encrypted while in iCloud Photos, such as a user-applied label for a People album, is scrambled and is unreadable to others, including Apple. (Patel Decl. Ex. 3 (Jones Report ¶¶ 33, 62-63, 85-89, 125); Huff Decl. ¶ 6; Patel Decl. Ex. 41 (Photos Brief) at 21); Patel Decl. Ex. 38 (Brasher Report ¶¶ 26, 30, 69).)

93. Unlike Standard Data Protection, a user must affirmatively opt into Advanced Data Protection. (Patel Decl. Ex. 38 (Brasher Report ¶ 64); Huff Decl. ¶ 5; Patel Decl. Ex. 40 (Apple Platform Security Guide) at 153.)

94. If a user enables Advanced Data Protection, [redacted] (Patel Decl. Ex. 38 (Brasher Report ¶ 64); Huff Decl. ¶ 5; Patel Decl. Ex. 40 (Apple Platform Security Guide) at 153.)

95. Where data is end-to-end encrypted with the encryption keys stored only on a user's devices, neither Apple nor any third party can access the data without the user's knowledge or consent and the data remains secure even in the case of a data breach in the cloud. (Patel Decl. Ex. 38 (Brasher Report ¶ 64); Huff Decl. ¶ 5; Patel Decl. Ex. 40 (Apple Platform Security Guide) at 153; Huff Decl. ¶ 8; Patel Decl. Ex. 48 (iCloud data security overview) at 151.)

96. Before July 29, 2024, if a user had iCloud Photos enabled, the following data would be synced to the user's iCloud Photos library: (i) [redacted], and (ii) [redacted] ("iCloud Photos Data"). (Patel Decl. Ex. 38 (Brasher Report ¶ 66); Patel Decl. Ex. 3 (Jones Report ¶¶ 85-86, 125); Patel Decl. Ex. 1 (Federighi Dep. 50:18-51:9); Patel Decl. Ex. 49 (Freudiger Dep. 141:19-142:21, 147:18-148:3); Patel Decl. Ex. 50 (Freudiger Dep. Ex. 11).)

97. The iCloud Photos Data continued to be synced to iCloud Photos after July 29, 2024, for users who did not upgrade to iOS 17.6, iPadOS 17.6, MacOS Sonoma 14.6, or later, or did not meet the criteria to have additional photos-related data sync to iCloud. (Patel Decl. Ex. 43 (4/18/2025 Thomson Dep. 432:8-24, 486:20-487:5 (explaining criteria to take advantage of syncing additional data through iCloud).)

98. For all users and at all times, any label that a user applies to a People album, and certain metadata associated with photos are encrypted on the user's device and remain encrypted in iCloud Photos if sent to iCloud Photos. (Patel Decl. Ex. 1 (Federighi Dep. 51:7-9); Patel Decl. Ex. 38 (Brasher Report ¶ 64); Patel Decl. Ex. 1 (Jones Report ¶¶ 85-86, 125); Patel Decl. Ex. 49 (Freudiger Dep. 147:18-148:3); Patel Decl. Ex. 50 (Freudiger Dep. Ex. 11).)

99. The encrypted labels and metadata are "not used by Apple in any way" when stored on iCloud Photos, including to identify users. (Patel Decl. Ex. 1 (Federighi Dep. 51:7-9); Patel Decl. Ex. 38 (Brasher Report ¶ 64); Patel Decl. Ex. 3 (Jones Report ¶¶ 85-86, 125); Patel Decl. Ex. 49 (Freudiger Dep. 147:18-148:3); Patel Decl. Ex. 50 (Freudiger Dep. Ex. 11).)

100. Because of on-device encryption, Apple cannot read any labels that users apply to People albums. (Patel Decl. Ex. 38 (Brasher Report ¶¶ 64, 69); Patel Decl. Ex. 3 (Jones Report ¶ 125); Patel Decl. Ex. 50 (Freudiger Dep. Ex. 11).)

101. Every user has the option to sync iCloud Photos Data and can disable syncing at any time (as Robinson did). (Patel Decl. Ex. 14 (Robinson Dep. 194:24-195:14); (Patel Decl. Ex. 3 (Jones Report ¶ 91); Patel Decl. Ex. 6 (11/16/2023 Thomson Dep. 176:3-10).)

102. When iCloud Photos Data is synced, it remains synced in a user's iCloud Photos library in an encrypted form that no one other than the user can use while encrypted. (Patel Decl. Ex. 3 (Jones Report ¶¶ 85-86, n.50); Patel Decl. Ex. 51 (Subramaniam Dep. 259:5-260:10).)

103. Robinson elected to store his photos and photos data in iCloud Photos. (Patel Decl. Ex. 14 (Robinson Dep. 107:25-108:13, 181:20-182:10.).

104. On-device processing for the Photos app and encryption leaves users in control of their People album data, whether it is on their device or synced through iCloud Photos. (Patel Decl. Ex. 3 (Jones Report ¶82); Patel Decl. Ex. 1 (Federighi Dep. 46:9-47:12, 129:2-130:12); Patel Decl. Ex. 38 (Brasher Report ¶¶ 53-71).)

105. There is no evidence Apple has used a user's encryption key absent user consent to assist with data recovery. (Patel Decl. Ex. 6 (11/16/2023 Thomson Dep. 207:8-208:21).)

106. There is no evidence that Apple has accessed Plaintiffs' iCloud Photos Data (such as user-applied People album labels or the location of faces in photos) for any purpose. (Patel Decl. Ex. 38 (Brasher Report ¶ 69).)

107. During his deposition, Robinson did not identify any evidence that Apple has ever decrypted or accessed his iCloud Photos Data. (Patel Decl. Ex. 14 (Robinson Dep. 180:15-181:10).)

108. Apple describes the People album technology in support articles and iPhone User Guides. (Patel Decl. Ex. 3 (Jones Report ¶ 104, n.59); Huff Decl. ¶ 11; Patel Decl. Ex. 53 (iOS

15 People album page); Huff Decl. ¶ 12; Patel Decl. Ex. 54 (iOS 16 People album page); Huff Decl. ¶ 3; Patel Decl. Ex. 2 (iOS 18 People album page) (last accessed September 29, 2025))

## CERTAIN USERS CAN OPT TO SYNC ADDITIONAL END-TO-END ENCRYPTED PHOTOS DATA THROUGH ICLOUD TO THEIR OTHER APPLE DEVICES

109. In July 2024, Apple released software updates for the iPhone (iOS 17.6), iPad (iPadOS 17.6), and Mac (MacOS Sonoma 14.6) (collectively, the "OS Updates"). (Patel Decl. Ex. 69 (Sinnreich Supp. Expert Report at 1); Patel Decl. Ex. 43 (4/18/2025 Thomson Dep. 351:24-25).)

110. As part of the OS Updates, a device used to take a photo generates a [redacted] (the "Sync Update"). (Patel Decl. Ex. 43 (4/18/2025 Thomson Dep. 351:24-352:7, 363:25-365:3).)

111. After the Sync Update, [redacted] continue to be created on device and clustering of Vectors continues to occur on device. (Patel Decl. Ex. 43 (4/18/2025 Thomson Dep. 351:24-352:7, 476:10-481:6); Patel Decl. Ex. 55 (Jones Supp. Report ¶¶ 45, 47).)

112. The source code shows that the Sync Update affects users who (i) have the OS Updates or later versions installed on their devices; (ii) have iCloud Photos enabled; (iii) have an iCloud storage tier of at least 10GB; (iv) possess more than 5,000 photos or videos on the user's device; and (v) [redacted]. (Patel Decl. Ex. 55 (Jones Supp. Report ¶ 27); Patel Decl. Ex. 43 (4/18/2025 Thomson Dep. 431:22-432:24)); Patel Decl. Ex. 56 (Hashmi Supp. Expert Report ¶¶ 13-14).)

113. [redacted] (Patel Decl. Ex. 43 (4/18/2025 Thomson Dep. 364:21-365:3); Patel Decl. Ex. 55 (Jones Supp. Report ¶¶ 22-24); Thomson Decl. Ex. A (APL-HZLT-SC_000764); Thomson Decl. Ex. A (APL-HZLT-SC_000797); Thomson Decl. Ex. A (APL-HZLT-SC_000859).)

114. A user's other devices signed into iCloud can download and [redacted] Patel Decl. Ex. 43 (4/18/2025 Thomson Dep. 364:21-365:3, 377:1-21); Patel Decl. Ex. 57 (Brasher Rebuttal Report ¶ 26).)

115. [redacted] (Patel Decl. Ex. 3 (Jones Report ¶¶ 127); Thomson Decl. Ex. A (APL-HZLT-SC_000101-0104); Patel Decl. Ex. 43 (4/18/2025 Thomson Dep. 376:3-377:21).)

116. The Sync Update avoids each device having to separately detect faces and regenerate [redacted] (Patel Decl. Ex. 43 (4/18/2025 Thomson Dep. 377:1-378:8).)

117. The Sync Update was implemented as part of a Photos app redesign focused on improving user experience with Photos app features that use [redacted]. (Patel Decl. Ex. 43 (4/18/2025 Thomson Dep. 378:10-21).)

118. Before the Sync Update, the People album feature separately analyzed photos on each device, which sometimes resulted in delays in albums updating and inconsistency in People albums across devices. Patel Decl. Ex. 44 (4/18/2025 Thomson Dep. Ex. 30, APL-HAZLI 00073977).

119. Apple is unable to view or access any [redacted] that are included in the datablob synced through iCloud Photos because every datablob is encrypted with end-to-end encryption and [redacted] (Patel Decl. Ex. 55 (Jones Supp. Report ¶¶ 14-16); Patel Decl. Ex. 57 (Brasher Rebuttal Report ¶ 11); Thomson Decl. Ex. A (APL-HZLT-SC_000830); Thomson Decl. Ex. A (APL-HZLT-SC_000858); Patel Decl. Ex. 43 (4/18/2025 Thomson Dep. 351:22-352:7, 363:25-365:3, 369:2-370:17, 373:12-374:21, 385:8-387:2, 426:22-427:17, 471:2-20).)

120. [redacted] (Patel Decl. Ex. 55 (Jones Supp. Report ¶¶ 14-16); Thomson Decl. Ex. A (APL-HZLT-SC_000830); Thomson Decl. Ex. A (APL-HZLT-SC_000858).)

121. With end-to-end encryption, only the sender device and intended receiver device have access to the private key that can be used to decrypt the data and access the content of a transmission. (Patel Decl. Ex. 57 (Brasher Rebuttal Report ¶ 26); Patel Decl. Ex. 38 (Brasher Report ¶ 39); Patel Decl. Ex. 39 (Neuenschwander Dep. 31:2-22).)

122. [redacted] cannot be decrypted when stored on servers in an intermediate state. (Patel Decl. Ex. 57 (Brasher Rebuttal Report ¶ 26); Patel Decl. Ex. 55 (Jones Supp. Report ¶ 53); Patel Decl. Ex. 39 (Neuenschwander Dep. 31:2-22).)

123. [redacted] is unreadable to Apple when routed through and stored in iCloud. (Patel Decl. Ex. 57 (Brasher Rebuttal Report ¶ 26); Patel Decl. Ex. 38 (Brasher Report ¶ 39); Patel Decl. Ex. 55 (Jones Supp. Report ¶ 53); Patel Decl. Ex. 39 (Neuenschwander Dep. 31:2-22).)

124. Apple's end-to-end encryption meets or exceeds the standards set forth in NIST 800-171 rev5. (Patel Decl. Ex. 57 (Brasher Rebuttal Report ¶ 27).)

125. Apple's devices contain a Secure Enclave, which is a dedicated secure subsystem integrated directly into Apple's custom System on a Chip (SoC) designs. (Patel Decl. Ex. 57 (Brasher Rebuttal Report ¶ 17); Patel Decl. Ex. 38 (Brasher Report ¶¶ 49-57); Patel Decl. Ex. 39 (Neuenschwander Dep. 35:13-25); Huff Decl. ¶ 5; Patel Decl. Ex. 40 (Apple Platform Security Guide at 10-19).)

126. [redacted] on device and are therefore protected even if the device's operating system were compromised by an attacker. Patel Decl. Ex. 57 (Brasher Rebuttal Report ¶ 18); Huff Decl. ¶ 13; Patel Decl. Ex. 72 (Secure Enclave Apple Support Webpage).

127. Apple also uses an on-device software-based security technology called Data Protection to layer multiple levels of encryption on the keys used to decrypt the datablob, further protecting the device's operating system in case of compromise. (Patel Decl. Ex. 57 (Brasher Rebuttal Report ¶¶ 21-23); Huff Decl. ¶ 5; Patel Decl. Ex. 40 (Apple Platform Security Guide at 99, 103-113); Huff Decl. ¶ 9; Patel Decl. Ex. 46 ("Apple advances user security with powerful new data protections" at 4-5); Patel Decl. Ex. 39 (Neuenschwander Dep. 34:15-35:12, 126:6-19).)

128. There are only two instances where a user's private encryption key leaves the users device: syncing keys across a user's devices and data recovery. (Huff Decl. ¶ 5; Patel Decl. Ex. 40 (Apple Platform Security Guide at 152-156).)

129. In the case of syncing keys across a user's devices, keys are transferred to new devices using end-to-end encryption, where Apple's servers act solely as intermediaries that cannot decrypt the data. (Patel Decl. Ex. 57 (Brasher Rebuttal Report ¶ 29); Huff Decl. ¶ 5; Patel Decl. Ex. 40 (Apple Platform Security Guide at 128, 152-53, 173-74).)

130. In the case of device recovery, Apple uses encrypted escrows that prevent Apple or any third party from reading the user's keys or datablobs regardless of whether the data is on Apple's servers or a third-party server. (Patel Decl. Ex. 57 (Brasher Rebuttal Report ¶¶ 31-35); Huff Decl. ¶ 5; Patel Decl. Ex. 40 (Apple Platform Security Guide at 153, 174-75); Patel Decl. Ex. 39 (Neuenschwander Dep. 31:2-22).)

## APPLE'S PHOTOS APP DOES NOT CREATE OR STORE BIOMETRIC DATA OR PERFORM IDENTIFICATION OR VERIFICATION

131. In the field of biometrics, "verification," "identification," and "clustering" are different applications of face recognition technology. (Patel Decl. Ex. 3 (Jones Report ¶64).)

132. Verification is a process of determining whether the match score between a single template and an enrolled template that is a presumed or asserted identity is high enough to declare a match to a sufficient degree of confidence. (Patel Decl. Ex. 3 (Jones Report ¶ 58); Patel Decl. Ex. 35 (Dunn Dep. 42:13-17).)

133. Identification involves a matching process, in which a match score is calculated between a sample that one is attempting to identify and all templates already stored in a database where individuals were enrolled. (Patel Decl. Ex. 3 (Jones Report ¶ 60).)

134. For identification using biometrics, data must be suitable for matching against other existing biometric templates of the same individuals obtained during enrollment. (Patel Decl. Ex. 3 (Jones Report ¶ 63).)

135. If data is encrypted, it cannot be matched against unencrypted data or encrypted data with another encryption algorithm or key, even if it satisfies the enrollment process. (Patel Decl. Ex. 3 (Jones Report ¶ 63).)

136. For both verification and identification, a valid enrollment step must first be completed. (Patel Decl. Ex. 3 (Jones Report ¶¶ 55, 61).)

137. Enrollment is the process of adding known and confirmed identities to a database along with corresponding biometric templates. (Patel Decl. Ex. 5 (Jones Rebuttal Report ¶ 48).)

138. Enrollment requires confirming the identity of a person (using, for example, trusted documents) and storing the identity information in a database for later comparison. (Patel Decl. Ex. 5 (Jones Rebuttal Report ¶¶ 46-48, 55); Patel Decl. Ex. 58 (Jones Dep. 329:14-330:24); Patel Decl. Ex. 59 (Jones Dep. Ex. 4); Patel Decl. Ex. 60 (Jones Dep. Ex. 20).)

139. For both identification and verification, where there has been no valid enrollment step, there can be no verification or identification. (Patel Decl. Ex. 3 (Jones Report ¶ 61); Patel Decl. Ex. 5 (Jones Rebuttal ¶¶ 46-48).)

140. Enrollment is not part of Apple's Photos app. (Patel Decl. Ex. 3 (Jones Report ¶¶ 56, 75).)

141. Verification or identification is not part of Apple's Photos app. (Patel Decl. Ex. 3 (Jones Report ¶¶ 57, 79 102-103); Thomson Decl. Ex. A (APL-HZLT-SC_000338-0344, 0205-0210, 0503-0507, 0541-0542, 0550-0551, 0552-0556); Patel Decl. Ex. 5 (Jones Rebuttal ¶ 50).)

142. Apple's Photos app uses on-device clustering to try to group together photos of the same people. (Patel Decl. Ex. 3 (Jones Report ¶¶ 64, 66, 70); Thomson Decl. Ex. A (APL-HZLT-SC_000101-0104).)

143. Clustering can be considered a process of many-to-many matching where the similarity between pairs of samples in a dataset are evaluated and "clusters" are grouped based on their relative similarities, such as measuring similarity based on the distance between two samples (like vectors) in the high-dimensional feature space. (Patel Decl. Ex. 3 (Jones Report ¶ 64).)

144. An algorithm that seeks to cluster photos does not require any identifying information, unlike face recognition technology that seeks to verify or identify a person. (Patel Decl. Ex. 3 (Jones Report ¶¶ 57, 64, 66).)

145. Face recognition alone cannot determine an identity. (Patel Decl. Ex. 3 (Jones Report ¶ 55).)

Dated: September 30, 2025

Respectfully submitted,

MORRISON & FOERSTER LLP

By: */s/ Purvi G. Patel*

Purvi G. Patel (ARDC# 6287065)
Emma Burgoon*
Morrison & Foerster LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017
(213) 892-5200
PPatel@mofo.com
EBurgoon@mofo.com

Katie Viggiani*
Tiffani B. Figueroa*
Morrison & Foerster LLP
250 West 55th Street
New York, New York 10019
(212) 468-8000
KViggiani@mofo.com
TFigueroa@mofo.com

* appearing *pro hac vice*