**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **JANE DOE**, by and through next friend **JOHN DOE**, **RICHARD ROBINSON**, **YOLANDA BROWN**, **JONATHAN LEBLOND**, **PATRICIA ORRIS**, **ANGELA STEVENS**, **JESSICA JACKSON, MELISSA OATMAN, JUSTIN REVELO, AND TAYLOR VALL** on behalf of themselves and all other persons similarly situated, known and unknown,<br>Plaintiffs,<br><br>v.<br><br>**APPLE INC.**,<br><br>Defendant. | Case No. 3:20-cv-421-NJR |

**DECLARATION OF DELLA HUFF IN SUPPORT OF APPLE INC.'S MOTION FOR SUMMARY JUDGMENT**


Purvi G. Patel (ARDC# 6287065)
Emma Z. Burgoon*
Morrison & Foerster LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017
(213) 892-5200
PPatel@mofo.com
EBurgoon@mofo.com

Katie Viggiani*
Tiffani B. Figueroa*
Morrison & Foerster LLP
250 West 55th Street
New York, New York 10019
(212) 468-8000
KViggiani@mofo.com
TFigueroa@mofo.com

* appearing *pro hac vice*

*Attorneys for Apple Inc.*

I, Della Huff, declare as follows:

1. I am a Marketing Manager of Photos and Camera software at Apple Inc., and I have been in this role since the fall of 2019. I am authorized to make this declaration on Apple's behalf and do so based on my own personal knowledge and review of documents that Apple creates and maintains in the ordinary course of business. If called as a witness, I could and would testify competently to the matters set forth herein.

2. My job responsibilities include managing Apple's marketing for its Photos and Camera apps. Based on my role and duties, I am familiar with Apple's public communications regarding the Photos and Camera apps, including those related to the People album feature. I am also familiar with the manner in which Apple, in the ordinary course of business, creates and maintains its records and public webpages regarding the Photos and Camera apps, as well as documents related to security features regarding Photos data. In addition, I access to and consult the documents discussed in this declaration in the regular course of my work at Apple.

3. I am familiar with the URL https://support.apple.com/guide/iphone/find-and-name-people-and-pets-iph9c7ee918c/18.0/ios/18.0, which is a section of the iPhone User Guide entitled "Find and name people and pets in Photos on iPhone" for iOS 18 that is publicly available on Apple's website. The document attached as **Exhibit A** is a true and correct copy of that section of the iPhone User Guide, last accessed on September 29, 2025.

4. I am familiar with the URL https://support.apple.com/guide/icloud/what-you-can-do-with-icloud-and-photos-mm8b32f3ae27/1.0/icloud/1.0, which is a publicly available webpage on Apple's website, titled "iCloud User Guide: Share photos and videos and keep them up to date with iCloud." The document attached as **Exhibit B** is a true and correct copy of that webpage, last accessed on September 29, 2025.

5. I am familiar with the URL https://help.apple.com/pdf/security/en_US/apple-platform-security-guide.pdf, which is a publicly available webpage on Apple's website, titled "Apple Platform Security." The document attached as **Exhibit C** is a true and correct copy of that webpage, last accessed on September 29, 2025.

6. I am familiar with the URL https://www.apple.com/id/privacy/docs/Photos_Tech_Brief_Sept_2019.pdf, which is a publicly available webpage on Apple's website, titled "Photos-Private, on-device technologies to browse and edit photos and videos on iOS and iPadOS." The document attached as **Exhibit D** is a true and correct copy of that webpage, last accessed on September 29, 2025.

7. I am familiar with the URL https://www.apple.com/legal/internet-services/icloud/en/terms.html, which is a publicly available webpage on Apple's website, titled "Welcome to iCloud (Terms and Conditions)." The document attached as **Exhibit E** is a true and correct copy of that webpage, last accessed on September 29, 2025.

8. I am familiar with the URL https://support.apple.com/en-us/102651, which is a publicly available webpage on Apple's website, titled "iCloud data security overview." The document attached as **Exhibit F** is a true and correct copy of that webpage, last accessed on September 29, 2025.

9. I am familiar with the URL https://www.apple.com/newsroom/2022/12/apple-advances-user-security-with-powerful-new-data-protections/, which is a publicly available webpage on Apple's website, titled "Apple advances user security with powerful new data protections." The document attached as **Exhibit G** is a true and correct copy of that webpage, last accessed on September 29, 2025.

10. I am familiar with the URL https://www.apple.com/legal/privacy/law-

enforcement-guidelines-us.pdf, which is a publicly available webpage on Apple's website, titled "Legal Process Guidelines." The document attached as **Exhibit H** is a true and correct copy of that webpage, last accessed on September 29, 2025.

11. I am familiar with the URL https://support.apple.com/guide/iphone/find-people-in-photos-iph9c7ee918c/15.0/ios/15.0, which is a section of the iPhone User Guide entitled "Find people in Photos on iPhone" for iOS 15 that is publicly available on Apple's website. The document attached as **Exhibit I** is a true and correct copy of that section of the iPhone User Guide, last accessed on September 29, 2025.

12. I am familiar with the URL https://support.apple.com/guide/iphone/find-and-identify-people-in-photos-iph9c7ee918c/16.0/ios/16.0, which is a section of the iPhone User Guide entitled "Find and identify people in Photos on iPhone" for iOS 16 that is publicly available on Apple's website. The document attached as **Exhibit J** is a true and correct copy of that section of the iPhone User Guide, last accessed on September 29, 2025.

13. I am familiar with the URL https://support.apple.com/guide/security/secure-enclave-sec59b0b31ff/web, which is a publicly available webpage on Apple's website, titled "Apple Platform Security: Secure Enclave." The document attached as **Exhibit K** is a true and correct copy of that webpage, last accessed on September 29, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 29, 2025 in Cupertino, California.

Della Huff