# EXHIBIT A

# Find and name people and pets in Photos on iPhone

The Photos app sorts photos and videos of people, dogs, and cats in the People & Pets collection (or the People collection if no pets appear). You can name a person, dog, or cat directly from a photo or video in your photo library, or in People & Pets.

## Name a person or pet in a photo or video

When you name a person or pet in a photo or video, they're automatically added to People & Pets and named in other photos and videos in your library.

1. Go to the Photos app on your iPhone.
2. Open a photo or video, then swipe up to see the details.

   People or pets in the photo or video appear in the bottom-left corner. A question mark appears next to those you haven't named.

3. Tap the person or pet with a question mark next to their picture, then tap Edit Name and Photos.



4. Tap Name This Person, enter their name, then tap Done.

---

# Name a person or pet in the People & Pets collection

1. Go to the Photos app on your iPhone.
2. Below the photo library, tap People & Pets, then tap the person or pet you want to name.




3. Tap Name This Person or Name This Pet, then enter their name.
4. Tap Done.

If the person or pet you want to name doesn't appear, tap Add People at the bottom of People & Pets to see more faces.

To create and edit groups, see Find group photos.

---

# Change the key photo for a person or pet

You can choose which photo to show in the People & Pets collection. This is the photo you tap to see all the photos and videos of that person or pet.

1. Go to the Photos app on your iPhone.
2. Tap People & Pets, then tap a person or pet.
3. Tap ⋯, then tap Show Faces.
4. Touch and hold a photo, then tap Make Key Photo.

## Mark a person or pet as a favorite

Mark the people or pets that you interact with the most as favorites so that it's easier to find them.

1. Go to the Photos app on your iPhone.
2. Tap People & Pets.
3. Touch and hold a person or pet, then tap Favorite.

To unfavorite a person or pet, touch and hold their key photo in People & Pets, then tap Unfavorite.

## Fix incorrect names

1. Go to the Photos app on your iPhone.
2. Tap People & Pets, then tap the person or pet with the incorrect name.
3. Do one of the following:
   - *Rename the person or pet for all items:* Tap , tap the name, then edit it. Tap Done.
   - *Fix a specific item:* Tap the photo or video with the incorrect name, tap , then tap This is Not [*name*].

You can also fix incorrect names while viewing a photo in your library. Swipe up to see the photo information. Tap the incorrectly named person or pet in the bottom-left corner of the photo, then tap This is Not [*name*].

## Sort People & Pets alphabetically or manually

1. Go to the Photos app on your iPhone.
2. Tap People & Pets, tap Sort, then choose one of the following:
   - *Sort alphabetically:* Tap Name.
   - *Sort manually:* Tap Custom, then touch and hold a key photo and drag it to a new position.

## Remove a person or pet

1. Go to the Photos app on your iPhone.
2. Tap People & Pets, then touch and hold the person or pet you want to remove.
3. Tap Hide [*name*].

**Tip:** If you prefer, you can feature a person or pet less frequently instead of removing them. See Show a person less frequently or not at all.

When you use iCloud Photos, People & Pets is kept up to date on all your devices.

See also

Search for photos and videos on iPhone

Watch memories in Photos on iPhone

Find group photos on iPhone

Previous
Find photos and videos by date

Next
Find group photos

Helpful? Yes No

Support iPhone User Guide Find and name people and pets in Photos on iPhone

Copyright © 2025 Apple Inc. All rights reserved. Privacy Policy | Terms of Use | Sales and Refunds | Site Map United States