**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**JANE DOE**, by and through next friend **JOHN DOE**, **RICHARD ROBINSON**, **YOLANDA BROWN**, **JONATHAN LEBLOND**, **PATRICIA ORRIS**, **ANGELA STEVENS**, **JESSICA JACKSON, MELISSA OATMAN, JUSTIN REVELO**, and **TAYLOR VALL** on behalf of themselves and all other persons similarly situated, known and unknown,

Plaintiffs,

v.

**APPLE INC.,**

Defendant.

Case No. 3:20-cv-00421-NJR

**DEFENDANT APPLE INC.'S MOTION TO**
**<u>EXCLUDE EXPERT OPINIONS OF JEFFREY S. DUNN</u>**

Purvi G. Patel (ARDC# 6287065)
Emma Z. Burgoon*
Morrison & Foerster LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017
(213) 892-5200
PPatel@mofo.com
EBurgoon@mofo.com

Katie Viggiani*
Tiffani Figueroa*
Morrison & Foerster LLP
250 West 55th Street
New York, New York 10019
(212) 468-8000
KViggiani@mofo.com
TFigueroa@mofo.com

* appearing *pro hac vice*

*Attorneys for Apple Inc.*

Pursuant to Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc*., 509 U.S. 579, 595 (1993), Defendant Apple Inc. hereby moves to exclude the expert opinions of Plaintiffs' expert, Jeffrey S. Dunn. For the reasons stated in Apple's concurrently-filed memorandum in support, Dunn's opinions should be excluded. Apple respectfully requests that the Court grant this motion, exclude all of Dunn's expert opinions, and grant such other relief as the Court deems just and appropriate.

Respectfully submitted,

Dated: September 30, 2025

APPLE INC.

By: */s/ Purvi G. Patel*

Purvi G. Patel (ARDC# 6287065)
Emma Z. Burgoon*
Morrison & Foerster LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017
(213) 892-5200
PPatel@mofo.com
EBurgoon@mofo.com

Katie Viggiani*
Tiffani Figueroa*
Morrison & Foerster LLP
250 West 55th Street
New York, New York 10019
(212) 468-8000
KViggiani@mofo.com
TFigueroa@mofo.com

* appearing *pro hac vice*

**Certificate of Service**

I, Purvi Patel, certify that on September 30, 2025, I caused the attached Defendant Apple Inc's Motion to Exclude Expert Opinions of Jeffrey S. Dunn to be filed electronically through the Court's CM/ECF system, which caused a true and correct copy to be served on all persons registered to receive such notices.

*/s/ Purvi G. Patel*
Purvi G. Patel