**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **JANE DOE**, by and through next friend **JOHN DOE**, **RICHARD ROBINSON**, **YOLANDA BROWN**, **JONATHAN LEBLOND**, **PATRICIA ORRIS**, **ANGELA STEVENS**, **JESSICA JACKSON, MELISSA OATMAN, JUSTIN REVELO, AND TAYLOR VALL** on behalf of themselves and all other persons similarly situated, known and unknown,<br>Plaintiffs,<br><br>v.<br><br>**APPLE INC.**,<br><br>Defendant. | Case No. 3:20-cv-421-NJR |

**DECLARATION OF KATIE VIGGIANI IN SUPPORT OF DEFENDANT APPLE INC.'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT AND REPLIES IN SUPPORT OF ITS MOTIONS TO EXCLUDE EXPERT OPINIONS OF DR. SHERYL BRAHNAM, MR. JEFFREY S. DUNN, AND DR. ARAM SINNREICH**


Purvi G. Patel (ARDC# 6287065)
Emma Z. Burgoon*
Morrison & Foerster LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017
(213) 892-5200
PPatel@mofo.com
EBurgoon@mofo.com

Katie Viggiani*
Tiffani B. Figueroa*
Morrison & Foerster LLP
250 West 55th Street
New York, New York 10019
(212) 468-8000
KViggiani@mofo.com
TFigueroa@mofo.com

* appearing *pro hac vice*

*Attorneys for Apple Inc.*

I, Katie Viggiani, declare as follows:

1. I am a partner in the law firm Morrison & Foerster LLP, counsel of record for Defendant Apple Inc. in the above-entitled action. I am a member in good standing of the Bar of the State of New York and admitted to practice *pro hac vice* before this Court. I make this declaration based on personal knowledge and, if called as a witness, I could and would testify competently to the matters set forth herein.

2. Attached as **Exhibit 1** is a true and correct copy of excerpts from the transcript of the deposition of Marco Zuliani, Ph.D., taken on November 6, 2023.

3. Attached as **Exhibit 2** is a true and correct copy of excerpts from the transcript of the deposition of Vinay Sharma, taken on December 15, 2023.

4. Attached as **Exhibit 3** is a true and correct copy of excerpts from the transcript of the deposition of Gavin Thomson, taken on November 16, 2023.

5. Attached as **Exhibit 4** is a true and correct copy of excerpts from the transcript of the deposition of Brendan Langoulant, taken on October 26, 2023.

6. Attached as **Exhibit 5** is a true and correct copy of excerpts from the transcript of the deposition of Jeffrey Dunn, taken on September 17, 2025.

7. Attached as **Exhibit 6** is a true and correct copy of excerpts from the transcript of the deposition of Aram Sinnreich, Ph.D., taken on July 19, 2024.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 17th, 2025 in New York, New York.

Katie Viggiani