# EXHIBIT 1

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

--------------------------------------

JANE DOE by and through next
friend John Doe, et al.,
Plaintiffs,

v.

APPLE INC.,
Defendant.

Case No. 3:20-CV-00421-NJR

--------------------------------------

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

REMOTE VIDEO DEPOSITION OF
Marco Zuliani, Ph.D.
November 6, 2023
Lead: Christian Montroy, Esquire
Firm: Montroy Law Offices LLC

FINAL COPY
JANE ROSE REPORTING 1-800-825-3341

Page 2

A P P E A R A N C E S

ATTORNEYS FOR PLAINTIFFS

Christian G. Montroy, Esquire
MONTROY LAW OFFICES LLC
2416 North Center
P.O. Box 369
Maryville, Illinois 62062
(618) 223-8200

ATTORNEYS FOR DEFENDANT

Eric M. Roberts, Esquire
DLA PIPER LLP (US)
555 Mission Street
Suite 2400
San Francisco, California 94105
(415) 836-2500

Page 3

A P P E A R A N C E S C O N T I N U E D

ALSO PRESENT

Audrey Stano, Esquire, Apple Inc.

JANE ROSE REPORTING

74 Fifth Avenue
New York, New York 10011
1-800-825-3341
Joan V. Cain, Court Reporter
Judy Diaz, Legal Videographer

Page 4

TABLE OF CONTENTS

Witness:
Marco Zuliani

Examination
By Mr. Montroy..........................Page 6, 294
By Mr. Roberts..........................Page 290

Reporter Certificate....................Page 297

Notice to Read and Sign.................Page 299

Index of Exhibits.......................Page 301

MARKED QUESTIONS

| PAGE | LINE |
|---|---|
| 241 | 20 |
| 242 | 19 |
| 243 | 5 |
| 242 | 12 |

Page 49

that.
[redacted]
A Yes.
Q Could you describe that process?
[redacted]
Q Mm-hmm. Would you please describe that process?
A Can you ask a more specific question?
Q Sure.
[redacted]
MR. ROBERTS: Object to form.
THE WITNESS: What do you mean by "clients"?
BY MR. MONTROY:
Q I mean -- by "clients," I mean all -- actually, let me restate that question without the term "clients."
[redacted]
MR. ROBERTS: Object to form.
THE WITNESS: [redacted]
BY MR. MONTROY:

Page 50

Q [redacted]
A Yes.
Q Do you know whether the Apple Photos app uses shot flow to detect faces?
A No.
[redacted]

Page 51

[redacted]
A Approximately.
Q Approximately.
You know, as -- as an attorney, I'm not an engineer with respect to [redacted]
MR. ROBERTS: Object to form.
THE WITNESS: Probably.
BY MR. MONTROY:
Q Will you?
A [redacted].
Q Okay. [redacted]
MR. ROBERTS: Object to form.
THE WITNESS: It may or it may not.

Page 52

BY MR. MONTROY:
Q [redacted]
MR. ROBERTS: Object to form.
THE WITNESS: [redacted]
BY MR. MONTROY:
Q That doesn't answer my question.
Could you explain the situations where it wouldn't when it's been tasked to do such?
MR. ROBERTS: Object to form.
THE WITNESS: The algorithm does what it's tasked for.
BY MR. MONTROY:
Q I'm sorry. What did you say?
A That the algorithm does what it is tasked for.
Q Okay. [redacted]
A I don't recall exactly.
Q Okay. [redacted]

MR. MONTROY: All right.
BY MR. MONTROY:
Q Do you -- have you yet been able to remember whether you were one of the directly responsible individuals concerning face detection and analysis?
MR. ROBERTS: Object to form.
THE WITNESS: No.
BY MR. MONTROY:
Q This document does not refresh your recollection?
A I don't have independent recollection.
Q That wasn't my question. My question was whether or not this document refreshes your recollection.
A No.
Q [redacted]
MR. ROBERTS: Object to form.
THE WITNESS: Yes.
BY MR. MONTROY:
Q [redacted]



[redacted]
A Yes.
Q All right. This document that we're looking at --
MR. ROBERTS: Which -- which document, Chris, just so that I know?
MR. MONTROY: Sure. 71377.
BY MR. MONTROY:
[redacted]
A I need a moment to review the document.
Q Sure.
A Okay. Can you repeat the question, if you don't mind?
Q Yes.
[redacted]
Q Yes.
And that's the subject of the document, correct?
A Yes.



MR. ROBERTS: Object to form.
BY MR. MONTROY:
Q All right. Let's scroll down to page -- I'm sorry. One second -- page 12. At the top of the page, it says: "[redacted]
A Okay. Is this one -- once again, I don't see the page numbers.
Q Sure. And that's why -- that's why I gave you that information.
Does -- could you look at what is below this document and identify whether or not these are photo analysis algorithms used by the Apple Photos app?
MR. ROBERTS: Object to form.
THE WITNESS: I do not know which of these analysis algorithms are actually used in the Photos app.
BY MR. MONTROY:
Q [redacted]
A I don't know for sure.
Q Do you know whether there is a face detection and analysis algorithm that is performed on photos?



A Yes.
Q [redacted]
A [redacted]
Q Is a luma filter used?
A I don't know what a luma filter is.
Q [redacted]
A Nothing.
Q All right. I'm uploading a document that ends in 4453. Just let me know when you see it.
- - -
(Zuliani Exhibit 9 was marked for

- - -
(Zuliani Exhibit 30 was marked for identification.)
- - -
THE WITNESS: I have pulled it up.
BY MR. MONTROY:
Q Okay. And you said what -- [redacted]
A Frankly speaking, I don't remember now what that stands for.
Q Hmm. All right. Let's go to the next page: "[redacted]
A Correct.
Q And under "Additional Info," there's a smiley face, correct?
A Yeah.
Q [redacted]
A Correct.
Q [redacted]
A Not explicitly, to the best of my knowledge.



Q And what do you mean "explicitly" in that case?
A As I mentioned before, [redacted]
Q Okay. Let's go to the page 3 there. There's a smiley face on page 3, correct?
A Yes.
[redacted]
Q [redacted]
A Yes.
Q Now, below that, on the second bullet point, it says that: [redacted]
Did I read that correctly?
A Yes.
Q [redacted]



[redacted]
A [redacted]
Q [redacted]
A That is correct.
Q [redacted]
Q [redacted]
Q [redacted]
MR. ROBERTS: Object to form.
THE WITNESS: [redacted]
BY MR. MONTROY:
Q [redacted]



[redacted]
MR. ROBERTS: Object to form. Misstates testimony.
THE WITNESS: [redacted]
BY MR. MONTROY:
Q [redacted]

[redacted]
Did I read that correctly?
A Yes, the first three bullets.
Q All right. To the best of your recollection, is that accurate?
A It makes sense. As I said, I cannot guarantee that that software actually landed into the build.
[redacted]
Did I read that correctly?
A [redacted]
Q Okay. [redacted]
A [redacted]
Q [redacted]



[redacted]
A Yeah. Once we started using it, we continued.
Q Okay. [redacted]
A Again, it seems plausible. I don't have hundred percent certainty.
Q [redacted]
MR. ROBERTS: Object to form.



THE WITNESS: [redacted]
BY MR. MONTROY:
Q [redacted]
MR. ROBERTS: Object to form.
THE WITNESS: [redacted]
BY MR. MONTROY:
Q [redacted]
A That's correct.
Q [redacted]
MR. ROBERTS: Object to form.
THE WITNESS: [redacted]
BY MR. MONTROY:



Q Why is that?
A Because I don't -- [redacted]
Q All right. I'd like to draw your attention to the next document that I've put in the folder. It is labeled Photos Tech Brief 2019.
Could you pull that up, please, and go to page 17, and tell me when you get there?
- - -
(Zuliani Exhibit 33 was marked for identification.)
- - -
THE WITNESS: You said page 17?
BY MR. MONTROY:
Q Page 17, yes.
A Yeah, I think I'm on page 17.
Q All right. This paragraph concerns the camera in portrait mode, but it also concerns the [redacted] Let me know if I read this correctly.
"When a user takes a Portrait mode photo, the Camera app uses the [redacted]

CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC

I, Joan V. Cain, the officer before whom the foregoing proceedings were taken, do hereby certify that the foregoing transcript is a true and correct record of the proceedings; that said proceedings were taken by me stenographically and thereafter reduced to typewriting under my supervision; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notarial seal this 17th day of November 2023.

My commission expires:
May 31, 2025

_________________________
NOTARY PUBLIC IN AND FOR THE
COMMONWEALTH OF VIRGINIA
VIRGINIA NOTARY REGISTRATION NO. 107144



INSTRUCTIONS FOR ERRATA

NOTARY PUBLIC SIGNATURE
Not required unless agreed upon by counsel that notary public signature is required.

Please return a copy of the signed errata within 30 days of receipt, unless otherwise agreed upon by counsel. Once we receive the signed errata, we will distribute an electronic copy to all parties.

RETURN A SIGNED COPY VIA FAX, E-MAIL OR MAIL TO:
FAX: 1-800-825-9055
E-MAIL: janerose@janerosereporting.com

Jane Rose Reporting
Administrative Offices
PO Box 542
Luck, WI 54853



NOTICE TO READ & SIGN

This transcript was electronically distributed to DLA PIPER LLP (US) to forward to witness.

ACKNOWLEDGMENT OF DEPONENT

I, MARCO ZULIANI, do hereby certify that I have read the foregoing pages and that the same is a correct transcription of the answers given by me to the questions therein propounded, except for the corrections or changes in form or substance, if any, noted in the attached Errata Sheet.

______ ____________________________
(DATE) MARCO ZULIANI

Signed and subscribed to before me this ____ day of ________________ 2023.

______________________________
Notary Public



PAGE LINE CHANGE REASON

___ / _____ / __________ / ________________________
___ / _____ / __________ / ________________________
___ / _____ / __________ / ________________________
___ / _____ / __________ / ________________________
___ / _____ / __________ / ________________________
___ / _____ / __________ / ________________________
___ / _____ / __________ / ________________________
___ / _____ / __________ / ________________________
___ / _____ / __________ / ________________________
___ / _____ / __________ / ________________________
___ / _____ / __________ / ________________________
___ / _____ / __________ / ________________________