# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
--------------------------------
JANE DOE et al.,
Plaintiffs,
v.
APPLE INC.,
Defendants.

No.: 3:20-cv-00421-NJR
--------------------------------
CONFIDENTIAL INCLUDING
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

VIDEO DEPOSITION OF
Vinay Sharma, 30(b)(6)
Corporate Designee of Apple Inc.
December 15, 2023
Palo Alto, California
Lead: Alexander Braitberg, Esquire
Firm: Schlichter Bogard

FINAL COPY
JANE ROSE REPORTING 1-800-825-3341



APPEARANCES
For the Plaintiffs:
SCHLICHTER BOGARD
ALEXANDER L. BRAITBERG, ESQUIRE
100 SOUTH FOURTH STREET
SUITE 1200
ST. LOUIS, MISSOURI 63102
314-621-6115

- AND -

MONTROY LAW OFFICES
CHRISTIAN G. MONTROY, ESQUIRE
2416 NORTH CENTER
P.O. BOX 369
MARYVILLE, ILLINOIS 62062
618-223-8200



APPEARANCES
For the Defendants:
CALIFORNIA DEPARTMENT OF THE ATTORNEY GENERAL
ERIK ROBERTS, ESQUIRE
444 WEST LAKE STREET
SUITE 900
CHICAGO, ILLINOIS 60606
312-368-2167

- AND -

APPLE PARK
MS 169-2NYJ
GABE ZELDIN, ESQUIRE, SENIOR LITIGATION COUNSEL
CUPERTINO, CALIFORNIA 95014
408-974-4756

JANE ROSE REPORTING
74 Fifth Avenue
New York, New York 10011
1-800-825-3341
Monica Andrade, Court Reporter
CA CSR #12836
Frank Quirarte, Videographer



I N D E X

WITNESS: VINAY SHARMA

| | PAGE |
|---|---|
| EXAMINATION BY MR. BRAITBERG | 6 |

***
HIGHLY CONFIDENTIAL - INCLUDING
ATTORNEYS' EYES ONLY:
PAGE 47, LINE 4 TO
PAGE 69, LINE 3

PAGE 177, LINE 5 TO
PAGE 181, LINE 25
***

| | PAGE |
|---|---|
| Reporter Certificate | 237 |
| Index to Exhibits | 239 |
| Notice to Read and Sign | 242 |

A. [redacted]
Q. Yes.
A. No.
Q. [redacted]
A. Yes.
Q. [redacted]
A. Yes.
Q. [redacted]
A. Yes.
Q. [redacted]
A. Yes.
Q. Do you know what the -- strike that.
[redacted]
A. Yes.
Q. [redacted]
A. That's right.
Q. [redacted]



[redacted]
A. No, I don't remember.
Q. [redacted]
MR. ROBERTS: Object to form.
THE DEPONENT: I think we went over this already. No, I don't agree with that.
BY MR. BRAITBERG:
Q. In what way do you disagree?
A. In what way do I disagree? I just don't think that's -- yeah, I don't think that's how you would categorize what the output is.
Q. [redacted] Do you recall testifying to that?
A. That's right.
Q. And that feature map, would you agree, contains information?
MR. ROBERTS: Object to form.
THE DEPONENT: So that was -- is that the full



question?
BY MR. BRAITBERG:
Q. Would you agree that the feature map contains information?
A. I don't know if this is a philosophical question. Do you want to define what is "information"?
Q. How do you understand the term "information"?
A. We can talk about it in terms of entropy, if you'd like.
Q. Okay. In that way, how would you define the term "information"?
A. High entropy.
Q. In that sense, does a feature map generated by a convolution operation contain information?
A. It can contain low information or high information.
Q. Does it contain some information?
A. It depends on the input. It's not going to -- information.
THE REPORTER: Repeat, please.
THE DEPONENT: I said it depends on the input. It's not going to generate information.
BY MR. BRAITBERG:
Q. We talked about what a feature map is. [redacted]



[redacted]
MR. ROBERTS: Object to form.
THE DEPONENT: [redacted] So by that token, there's no -- there's no -- I'm trying to sort of answer your question, here. You know, when you say, what is the function of a feature map. [redacted]
BY MR. BRAITBERG:
Q. [redacted]

Page 77

MR. ROBERTS: Objection. Misstates testimony.
THE DEPONENT: What I said was when -- [redacted]
BY MR. BRAITBERG:
Q. [redacted]
A. In the manner that I described, yes.
Q. Okay. And what is the connection -- I think you eluded to it earlier, but what is the connection [redacted]
A. So the -- what's -- the world in which we are -- we are -- we are in, in this document is that we are trying to -- we're dealing with faces. So when you say "detection," what is unmentioned is that basically

Page 78

[redacted]
BY MR. BRAITBERG:
Q. Okay. And we talked a little bit about clustering. Clustering means putting together photos of people with the same or similar face, correct?
A. I don't think -- did we talk about clustering?
Q. Well, let me just ask you: Is that what clustering means here?
MR. ROBERTS: Object to form.
THE DEPONENT: So do you mind restating so -- what the question is?

Page 79

BY MR. BRAITBERG:
Q. Clustering refers to grouping together photographs containing faces with similar faceprints, correct?
A. No.
Q. What is clustering refer to?
A. [redacted].
Q. [redacted]
MR. ROBERTS: Objection to form.
THE DEPONENT: So I mean -- that just depends on -- on the application on -- on why you want to do -- why you want to take that step as a -- what the step does is what I described.
BY MR. BRAITBERG:
Q. [redacted]
MR. ROBERTS: Object to form.
MR. BRAITBERG: Let me ask a different question.
BY MR. BRAITBERG:
Q. [redacted]

Page 80

A. You're using some terms that need to bear further verifications. I can't answer the question.
Q. [redacted]
A. Yes.
Q. [redacted]
A. Probably.
Q. [redacted]
A. Yeah. Yes.
Q. [redacted]
MR. ROBERTS: Object to form.
THE DEPONENT: There are, you know, different -- different ways in which you can describe

EXHIBITS (CONT'D)

** EXHIBITS 2 THROUGH 28 RETAINED BY COUNSEL **

| PLAINTIFFS' | | REFERRED |
| --- | --- | --- |
| EXHIBIT 21 | BATES STAMP ENDING IN 11938 | 192 |
| EXHIBIT 22 | BATES STAMP ENDING IN 67643 | 209 |
| EXHIBIT 23 | BATES STAMP ENDING IN 27868 | 211 |
| EXHIBIT 24 | BATES STAMP ENDING IN 27910 | 223 |
| EXHIBIT 25 | BATES STAMP ENDING IN 27005 | 225 |
| EXHIBIT 26 | BATES STAMP ENDING IN 24241 | 230 |
| EXHIBIT 27 | BATES STAMP ENDING IN 25760 | 231 |
| EXHIBIT 28 | BATES STAMP ENDING IN 22489 | 232 |



INSTRUCTIONS FOR ERRATA

NOTARY PUBLIC SIGNATURE
Not required unless agreed upon by counsel that notary public signature is required.

Please return a copy of the signed errata within 30 days of receipt, unless otherwise agreed upon by counsel. Once we receive one signed errata, we will distribute an electronic copy to all parties.

RETURN A SIGNED COPY VIA FAX, EMAIL OR MAIL TO:
FAX: 1-800-825-9055
EMAIL: janerose@janerosereporting.com

Jane Rose Reporting
Administrative Offices
PO Box 542
Luck, WI 54853



ACKNOWLEDGMENT OF THE DEPONENT

I, VINAY SHARMA, do hereby certify that I have read the foregoing pages and that the same is a correct transcription of the answers given by me to the questions therein propounded, except for the corrections or changes in form or substance, if any, noted in the attached Errata Sheet.

______ ______________________________
(DATE) VINAY SHARMA

Signed and subscribed to before me this _____ day of _________________, 2024.

__________________________
Notary Public



| PAGE | LINE | CHANGE | REASON |
| --- | --- | --- | --- |
| ____ | _____ | ______________ | ____________________ |
| ____ | _____ | ______________ | ____________________ |
| ____ | _____ | ______________ | ____________________ |
| ____ | _____ | ______________ | ____________________ |
| ____ | _____ | ______________ | ____________________ |
| ____ | _____ | ______________ | ____________________ |
| ____ | _____ | ______________ | ____________________ |
| ____ | _____ | ______________ | ____________________ |
| ____ | _____ | ______________ | ____________________ |
| ____ | _____ | ______________ | ____________________ |
| ____ | _____ | ______________ | ____________________ |
| ____ | _____ | ______________ | ____________________ |
| ____ | _____ | ______________ | ____________________ |
| ____ | _____ | ______________ | ____________________ |
| ____ | _____ | ______________ | ____________________ |
| ____ | _____ | ______________ | ____________________ |
| ____ | _____ | ______________ | ____________________ |
| ____ | _____ | ______________ | ____________________ |
| ____ | _____ | ______________ | ____________________ |
| ____ | _____ | ______________ | ____________________ |
| ____ | _____ | ______________ | ____________________ |
| ____ | _____ | ______________ | ____________________ |
| ____ | _____ | ______________ | ____________________ |
| ____ | _____ | ______________ | ____________________ |