# EXHIBIT 3

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF ILLINOIS

CERTIFIED COPY

JANE DOE, )
)
PLAINTIFF, )
V. ) CASE NO. 3:20-cv-00421-NJR
)
APPLE INC., )
)
DEFENDANT. )
_________________________)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

VIDEO-RECORDED DEPOSITION OF

GAVIN THOMSON

THURSDAY, NOVEMBER 16, 2023

PALO ALTO, CALIFORNIA

REPORTED BY: CYNTHIA F. DAMMANN, CSR NO. 10610

J.D. COURT REPORTING JOB NO: 12775

Q. And I understand that this is in many ways, you know, a condensed version of a very complicated process, so I'm not asking that you testify that this is the entire thing.
But at a very high level, would you say that this gives an accurate high-level depiction of how the facial recognition and syncing process works?
MR. ROBERTS: Object to form.
THE WITNESS: At a high level, it is representative of how, yeah, sync integrates with local face detection, yes.
BY MR. SCHLICHTER:
Q. Okay. So I want to go back to the first step in this process --
A. M-hm.
Q. -- that you just talked about.
And I think you said that there is an ingestion of assets into the local library and that's the first step?
MR. ROBERTS: Objection. Objection, misstates testimony.
THE WITNESS: The first step is that a user needs to -- to ingest a video or a still asset into the Photo Library, yes.
BY MR. SCHLICHTER:

[redacted]
MR. ROBERTS: Object to form.
[redacted]
BY MR. SCHLICHTER:
Q. Okay. [redacted]
MR. ROBERTS: Object to form, lack --
THE WITNESS: [redacted]
BY MR. SCHLICHTER:
Q. [redacted]
Q. [redacted]
Q. And I want to just get just a little more granular, right, because you have a few steps, as I understand it -- and you can tell me I'm mistaken,

# REPORTER'S CERTIFICATE

I, CYNTHIA F. DAMMANN, CSR No. 10610, Certified Shorthand Reporter, certify:

That the foregoing proceedings were taken before me at the time and place therein set forth, at which time the witness was put under oath by me;

That the testimony of the witness, the questions propounded, and all objections and statements made at the time of the examination were recorded stenographically by me and were thereafter transcribed;

That the foregoing is a true and correct transcript of my shorthand notes so taken.

I further certify that I am not a relative or employee of any attorney of the parties, nor financially interested in the action.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

Dated this 1st day of December, 2023.

CYNTHIA F. DAMMANN, CSR No. 10610