# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
--------------------------------------
JANE DOE by and through next
friend John Doe, et al.,
Plaintiffs,

v.

APPLE INC.,
Defendant.

Case No. 3:20-CV-00421-NJR
--------------------------------------
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

REMOTE VIDEO DEPOSITION OF
Brendan Langoulant
October 26, 2023
Lead: Andrew Schlichter, Esquire
Firm: Schlichter Bogard LLP

FINAL COPY
JANE ROSE REPORTING 1-800-825-3341



A P P E A R A N C E S

ATTORNEYS FOR PLAINTIFFS

Andrew Schlichter, Esquire
Schlichter Bogard LLP
100 South Fourth Street
Suite 1200
St. Louis, Missouri 63102
(314) 621-6115

-AND-

Christian G. Montroy, Esquire
Montroy Law Offices LLC
2416 North Center
P.O. Box 369
Maryville, Illinois 62062
(618) 223-8200



A P P E A R A N C E S C O N T I N U E D

ATTORNEYS FOR DEFENDANT

Raj N. Shah, Esquire
DLA PIPER LLP (US)
444 West Lake Street
Suite 900
Chicago, Illinois 60606
(312) 368-4000

ALSO PRESENT

Audrey Stano, Esquire, Apple Inc.

JANE ROSE REPORTING

74 Fifth Avenue
New York, New York 10011
1-800-825-3341
Joan V. Cain, Court Reporter
Judy Diaz, Legal Videographer



TABLE OF CONTENTS

Witness:
Brendan Langoulant

Examination
By Mr. Schlichter.......................Page 6, 202
By Mr. Shah...............................Page 200

Reporter Certificate.......................Page 206

Notice to Read and Sign....................Page 208

Index of Exhibits..........................Page 210

[redacted]
MR. SHAH: Objection to form.
[redacted]
BY MR. SCHLICHTER:
[redacted]
MR. SHAH: Objection. Form.
Can you please reread the question?
THE WITNESS: Yeah.
(The reporter read the record as requested.)
MR. SHAH: Same objection. Form. Foundation.
THE WITNESS: The software on the user's device will look at each of the photos and find faces on it.
Did that answer the question?
BY MR. SCHLICHTER:
Q Yes. Thank you.
[redacted]



[redacted]
A Sorry. Could you say that question again?
Q Sure.
[redacted]
A I'm -- I believe so.
Q [redacted]
A I can't speak to the details of that.
Q [redacted]
A I'm not sure exactly how the face detection algorithm works.
Q Okay. Would you agree, Mr. Langoulant,



that a user of an Apple device cannot disable face detection?
MR. SHAH: Objection. Form.
THE WITNESS: It uses the captured photos using Camera that are stored in the Photos library. They're unable to disable face detection.
BY MR. SCHLICHTER:
[redacted]
A Vaguely.
Q All right. Why don't I show you a document in your folder, which is going to be titled or Bates labeled 10951.
MR. SHAH: Andy, before we just go on to the next document. Question, was this document the patent 9,977,952 produced in the litigation? I don't see a Bates label.
MR. SCHLICHTER: I'm not -- I'm not going to represent one way or the other whether documents were produced because I just don't know that I can give a correct answer without reviewing the sum of



what we've produced. So if you want to make some kind of an objection to -- to that on a continuing basis, to the extent that documents weren't produced, I'm fine with that.
We, obviously, would disagree with that objection, but I -- I won't be able to sort of say as we go whether or not documents were or weren't produced that don't have Bates labels because I can't -- I don't have that information in front of me right now.
MR. SHAH: Well, yeah, so I do object to this document to the extent it was not produced in the litigation. I think the practice in this case has been pretty well to Bates label documents. I don't see a Bates label on this, and so I object to the entire line of questioning to the extent it deals with documents not produced in this litigation.
MR. SCHLICHTER: Okay. And I'll just say for the record that we're going to maintain our position that we can certainly impeach witnesses in this case.
MR. SHAH: Sorry, Andy. Before you go on, there's no impeachment. You put it in front of him and started asking questions about it.

Page 205

you everybody.
MR. SCHLICHTER: Okay. Take care, everyone.
THE VIDEOGRAPHER: Time right now is 3:42 p.m. We're off the record.
(Signature having not been waived, the deposition of Brendan Langoulant was concluded at 3:42 p.m. PDT.)

Page 206

CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC

I, Joan V. Cain, the officer before whom the foregoing proceedings were taken, do hereby certify that the foregoing transcript is a true and correct record of the proceedings; that said proceedings were taken by me stenographically and thereafter reduced to typewriting under my supervision; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notarial seal this 8th day of November 2023.

My commission expires:
May 31, 2025

__________________________
NOTARY PUBLIC IN AND FOR THE
COMMONWEALTH OF VIRGINIA
VIRGINIA NOTARY REGISTRATION NO. 107144

Page 207

INSTRUCTIONS FOR ERRATA

NOTARY PUBLIC SIGNATURE
Not required unless agreed upon by counsel that notary public signature is required.

Please return a copy of the signed errata within 30 days of receipt, unless otherwise agreed upon by counsel. Once we receive the signed errata, we will distribute an electronic copy to all parties.

RETURN A SIGNED COPY VIA FAX, E-MAIL OR MAIL TO:
FAX: 1-800-825-9055
E-MAIL: janerose@janerosereporting.com

Jane Rose Reporting
Administrative Offices
PO Box 542
Luck, WI 54853

Page 208

NOTICE TO READ & SIGN

This transcript was electronically distributed to DLA PIPER LLP (US) to forward to witness.

ACKNOWLEDGMENT OF DEPONENT

I, Brendan Langoulant, do hereby certify that I have read the foregoing pages and that the same is a correct transcription of the answers given by me to the questions therein propounded, except for the corrections or changes in form or substance, if any, noted in the attached Errata Sheet.

______ ________________________________
(DATE) Brendan Langoulant

Signed and subscribed to before me this ____ day of ________________ 2023.

________________________________
Notary Public