**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| JANE DOE et al., | |
| *Plaintiffs*, | |
| v. | No. 3:20-cv-00421-NJR |
| APPLE INC., | Hon. Nancy J. Rosenstengel |
| *Defendant*. | |

**MOTION TO WITHDRAW APPEARANCE**

Plaintiffs, pursuant to Local Civil Rule 83.1(g), hereby move that Sean Milford be withdrawn as counsel for Plaintiffs in the above-referenced action as he has left the law firm of Schlichter Bogard LLC. Plaintiffs will continue to be represented by Jerome J. Schlichter, Andrew D. Schlichter, Troy A. Doles, Alexander L. Braitberg, Chen Kasher, and Kaitlin Minkler of the firm Schlichter Bogard LLC, along with Christian Montroy of Montroy Law Offices, LLC.

March 5, 2026

Respectfully submitted,

/s/ Andrew D. Schlichter
Jerome J. Schlichter
Troy A. Doles
Andrew D. Schlichter
Alexander L. Braitberg
Chen Kasher
Kaitlin Minkler
SCHLICHTER BOGARD LLC
100 South Fourth Street, Suite 1200
St. Louis, MO 63102
Telephone: (314) 621-6115
Fax: (314) 621-5934
jschlichter@uselaws.com
tdoles@uselaws.com
aschlichter@uselaws.com
abraitberg@uselaws.com
ckasher@uselaws.com
kminkler@uselaws.com

and

Christian G. Montroy
MONTROY LAW OFFICES, LLC
2416 North Center
P.O. Box 369
Maryville, IL 62062
Telephone: (618) 223-8200
Fax: (618) 223-8355
cmontroy@montroylaw.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2026 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the attorneys of record.

/s/ Andrew D. Schlichter