# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

July 29, 2026

*Before*

MICHAEL B. BRENNAN, *Chief Judge*
DORIS L. PRYOR, *Circuit Judge*
JOSHUA P. KOLAR, *Circuit Judge*

| | IN RE: |
|---|---|
| No. 26-8015 | APPLE INC., |
| | Petitioner |

| **Originating Case Information:** |
|---|
| District Court No: 3:20-cv-00421-NJR |
| Southern District of Illinois |
| District Judge Nancy J. Rosenstengel |

The following are before the court:

1.   **APPLE INC.'S PETITION FOR PERMISSION TO APPEAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 23(f)**, filed on June 22, 2026, by counsel for the petitioner.

2.   **ANSWER IN OPPOSITION TO PETITION FOR PERMISSION TO APPEAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 23(f)**, filed on July 10, 2026, by counsel for the respondents.

3.   **APPLE INC.'S MOTION TO FILE REPLY IN SUPPORT OF ITS PETITION FOR PERMISSION TO APPEAL**, filed on July 17, 2026, by counsel for the petitioner.

**IT IS ORDERED** that the request for leave to file a reply is **GRANTED** to the extent that the panel considered the reply alongside the petition and response.

**IT IS FURTHER ORDERED** that the petition for permission to appeal is **DENIED**.

CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit