**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **JANE DOE** et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>**APPLE INC.,**<br><br>*Defendant.* | Case No. 3:20-cv-00421-NJR |

## APPLE INC.'S REQUEST FOR STATUS CONFERENCE REGARDING TRIAL SETTING

Defendant Apple Inc. respectfully requests a status conference with the Court at the Court's convenience to discuss the April 2027 presumptive trial month and the March 18, 2027 Final Pretrial Conference. Apple expects the parties will need no more than approximately 15 minutes. Apple previously conveyed to counsel for Plaintiffs promptly after the Court issued its minute order (ECF No. 375) setting the Presumptive Jury Trial Month and Final Pretrial Conference that Apple's lead trial attorneys have pre-existing trial commitments in the spring and early summer of 2027. Counsel for the parties conferred by telephone on October 22, 2026. Apple described its scheduling conflicts and proposed a firm two-week trial setting beginning Monday, August 2, 2027. Plaintiffs' counsel stated that Plaintiffs would not agree to any continuance of the April 2027 trial setting and declined to identify any dates after April 2027 on which Plaintiffs would or would not be available for trial.

Unable to reach agreement, Apple respectfully requests a status conference to address (1) resetting trial to a firm two-week setting beginning August 2, 2027 or an alternative date thereafter that is convenient for the Court and the parties, and (2) resetting the Final Pretrial Conference and

associated deadlines accordingly.[1] For ease of the Court's review at the status conference, Apple has summarized below the scheduling conflicts.

- **Brian Rosenthal:**[2] Lead trial counsel in *Cellspin Soft, Inc. v. ByteDance Ltd. et al*, Case No. 2:23-cv-00496-JRG-RSP (E.D. Tex.), the week of April 5, 2027, as well as three matters in May through July 2027: *Neural AI v. NVIDIA* (W.D. Tex.), pretrial conference May 14 and trial the week of May 24; *Privakey v. Cisco* (E.D. Tex.), pretrial conference May 17 and trial the week of June 21; and *NovaCloud Licensing v. IBM* (E.D. Tex.), pretrial conference June 14 and trial the week of July 12.

- **Arturo J. González:** Lead trial counsel in *Brockman v. Kaiser*, No. CV-2023-0001612 (Cal. Super. Ct. San Joaquin Cty.), set for trial April 5 through approximately April 23, 2027.

- **James F. Bennett:** Lead trial counsel in *City/County of St. Charles v. Union Electric (Ameren)*, No. 2311-CC00526 (Mo. Cir. Ct. St. Charles Cty.), with a two-day pretrial conference in mid-April 2027 and a four-week jury trial beginning April 26, 2027 (running through May 24). He is also scheduled for trial in *Schlacks v. Chheda*, No. 2:24-cv-04118 (W.D. Mo.), July 19 through July 30, 2027.

- **Dr. Creed Jones:** Apple's sole remaining expert, who will testify on the operation of the Photos app and People album (ECF No. 372 at 32–36). A Virginia Tech faculty member, he is teaching in person in Spring 2027, with final classes and exam preparation in late April and early May.

- **Apple's Fact Witnesses:** Multiple of Apple's key fact witnesses at trial, including Apple engineers and members of senior leadership, have business conflicts in the last week of May and early June. These key witnesses would therefore be unavailable during the final week of May and the first two weeks of June.

[1] Apple has also filed a motion for certification under 28 U.S.C. § 1292(b) and a motion to stay (ECF Nos. 392, 393), which remain pending. This request is independent of those motions and addresses the trial schedule in the event this case proceeds to trial, solely on the basis of attorney, witness, and expert availability.

[2] Apple's three principal trial attorneys are Brian Rosenthal of Gibson, Dunn & Crutcher LLP (lead trial counsel), Arturo J. González of Morrison & Foerster LLP (a principal member of the trial team), and James F. Bennett of Dowd Bennett LLP (St. Louis-based local trial counsel). Each is expected to play a central role at trial, including in-court examinations, openings, or closings, and in trial strategy.

Date: November 20, 2026

Respectfully submitted,

By: */s/ Brian Rosenthal*

Arturo J. González*
Morrison & Foerster LLP
425 Market Street
San Francisco, California 94105
(415) 268-7000
AGonzalez@mofo.com

James F. Bennett
Dowd Bennett LLP
7676 Forsyth Boulevard, Suite 1900
St. Louis, Missouri 63105
(314) 889-7300
jbennett@dowdbennett.com

Brian Rosenthal*
Lauren Goldman*
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, New York 10166
(212) 351-4000
brosenthal@gibsondunn.com
lgoldman@gibsondunn.com

* appearing *pro hac vice*

*Attorneys for Defendant Apple Inc.*